23CCCV0176

FILED
COUNTY CLERK OF
JEFFERSON CO TEXAS
05/12/2023 12:48:17 PM
ROXANNE ACOSTA-HELLBERG
COUNTY CLERK
23CCCV0176

# Petition To The Court

## From: Even Thomas III

## To: Windham School District

## 804 FM 2821 Rd W Ste B

## Huntsville, TX 7730

## Attachments

I.   Civil Case Information Sheet

II.   EEOC Notice of Right to sue

III.   Brief fact of my case

IV.   Fact that I gave to EEOC

CC#1
BVM

## CIVIL CASE INFORMATION SHEET

| CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ | COURT *(FOR CLERK USE ONLY):* _____ |

### Even Thomas III v. Windham School District-Texas Department of Criminal Justice DEPT 696

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

**1. Contact information for person completing case information sheet:**

| | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|

Name: Even Thomas III
Email: juneboyiii@yahoo.com

Address: 6815 Broadleaf Dr

Telephone: (409) 932-3836

City/State/Zip: Beaumont Texas 77708

Fax: ____

Signature: *Even Thomas III*

State Bar No: ____

Plaintiff(s)/Petitioner(s):
Even Thomas III
____
____

Defendant(s)/Respondent(s):
Windham School District-Texas Department of Criminal Justice DEPT 696

[Attach additional page as necessary to list all parties]

Person or entity completing sheet is:
☐ Attorney for Plaintiff/Petitioner
☒ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: ____

Additional Parties in Child Support Case:

Custodial Parent: ____

Non-Custodial Parent: ____

Presumed Father: ____

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* <br>☐ Consumer/DTPA <br>☐ Debt/Contract <br>☐ Fraud/Misrepresentation <br>☐ Other Debt/Contract: <br> *Foreclosure* <br>☐ Home Equity—Expedited <br>☐ Other Foreclosure <br>☐ Franchise <br>☐ Insurance <br>☐ Landlord/Tenant <br>☐ Non-Competition <br>☐ Partnership <br>☐ Other Contract: ____ | ☐ Assault/Battery <br>☐ Construction <br>☐ Defamation <br> *Malpractice* <br>☐ Accounting <br>☐ Legal <br>☐ Medical <br>☐ Other Professional Liability: <br>☐ Motor Vehicle Accident <br>☐ Premises <br> *Product Liability* <br>☐ Asbestos/Silica <br>☐ Other Product Liability List Product: <br>☐ Other Injury or Damage: ____ | ☐ Eminent Domain/Condemnation <br>☐ Partition <br>☐ Quiet Title <br>☐ Trespass to Try Title <br>☐ Other Property: ____ | ☐ Annulment <br>☐ Declare Marriage Void <br> *Divorce* <br>☐ With Children <br>☐ No Children | ☐ Enforcement <br>☐ Modification—Custody <br>☐ Modification—Other |
| | | **Related to Criminal Matters** | **Other Family Law** | **Title IV-D** |
| | | ☐ Expunction <br>☐ Judgment Nisi <br>☐ Non-Disclosure <br>☐ Seizure/Forfeiture <br>☐ Writ of Habeas Corpus—Pre-indictment <br>☐ Other: ____ | ☐ Enforce Foreign Judgment <br>☐ Habeas Corpus <br>☐ Name Change <br>☐ Protective Order <br>☐ Removal of Disabilities of Minority <br>☐ Other: ____ | ☐ Enforcement/Modification <br>☐ Paternity <br>☐ Reciprocals (UIFSA) <br>☐ Support Order <br><br> **Parent-Child Relationship** <br>☐ Adoption/Adoption with Termination <br>☐ Child Protection <br>☐ Child Support <br>☐ Custody or Visitation <br>☐ Gestational Parenting <br>☐ Grandparent Access <br>☐ Paternity/Parentage <br>☐ Termination of Parental Rights <br>☐ Other Parent-Child: ____ |
| **Employment** | | **Other Civil** | | |
| ☒ Discrimination <br>☒ Retaliation <br>☒ Termination <br>☐ Workers' Compensation <br>☒ Other Employment: Whistleblower | ☐ Administrative Appeal <br>☐ Antitrust/Unfair Competition <br>☐ Code Violations <br>☐ Foreign Judgment <br>☐ Intellectual Property | ☐ Lawyer Discipline <br>☐ Perpetuate Testimony <br>☐ Securities/Stock <br>☐ Tortious Interference <br>☐ Other: ____ | | |
| **Tax** | | **Probate & Mental Health** | | |
| ☐ Tax Appraisal <br>☐ Tax Delinquency <br>☐ Other Tax | *Probate/Wills/Intestate Administration* <br>☐ Dependent Administration <br>☐ Independent Administration <br>☐ Other Estate Proceedings | ☐ Guardianship—Adult <br>☐ Guardianship—Minor <br>☐ Mental Health <br>☐ Other: ____ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court <br>☐ Arbitration-related <br>☐ Attachment <br>☐ Bill of Review <br>☐ Certiorari <br>☐ Class Action | ☐ Declaratory Judgment <br>☐ Garnishment <br>☐ Interpleader <br>☐ License <br>☐ Mandamus <br>☐ Post-judgment | ☐ Prejudgment Remedy <br>☐ Protective Order <br>☐ Receiver <br>☐ Sequestration <br>☐ Temporary Restraining Order/Injunction <br>☐ Turnover |

V.    Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Injunctive relief, including reinstatement, back to my job, requiring my employer to take affimative steps to avoid future discrimination. Back pay Front pay, Compensatory dqmages for intentional discrimination dtd or mental anguish, Loss of Consurtium, court fecs and retaliation. TRS be Contactedso I can recieved my Year of Service. See next page

Signed this ___12___ day of ___May___, 20 _23_.
                              (Month)              (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____
                    Date

Even Thomas III
_____

_____
Signature of each plaintiff

# EVEN THOMAS
## RELIEF PAY CALCULATIONS

| DESCRIPTION OF RELIEF | AMOUNT | |
|---|---:|---|
| Back Pay | $ 44,463.36 | |
| Front Pay | $ 865,258.87 | |
| Loss of Insurance Contribution | $ 5,600.00 | |
| Court Fees | $ 463.00 | |
| Retirement Contribution from Employee | ($3,765.07) | |
| Retirement Contribution from Employer | $ - | |
| Wrongful Termination | $ 50,000.00 | |
| Loss of Consortium | $ 10,000.00 | |
| Mental Anguish | $ 30,000.00 | |
| Retaliation | $ 50,000.00 | |
| | | |
| TOTAL | $1,052,020.16 | |
| | | |

# EVEN THOMAS

## BACK PAY CALCULATIONS

| MONTH | YEAR | MONTLY SALARY | PAID | UN-PAID |
|-------|------|---------------|------|---------|
| October | 2022 | $ 5,882.92 | $2,600.00 | $ 3,282.92 |
| November | 2022 | $ 5,882.92 | | $ 5,882.92 |
| December | 2022 | $ 5,882.92 | | $ 5,882.92 |
| January | 2023 | $ 5,882.92 | | $ 5,882.92 |
| February | 2023 | $ 5,882.92 | | $ 5,882.92 |
| March | 2023 | $ 5,882.92 | | $ 5,882.92 |
| April | 2023 | $ 5,882.92 | | $ 5,882.92 |
| May | 2023 | $ 5,882.92 | | $ 5,882.92 |
| June | 2023 | | | $ - |
| July | 2023 | | | $ - |
| August | 2023 | | | $ - |
| September | 2023 | | | $ - |
| October | 2023 | | | $ - |
| November | 2023 | | | $ - |
| December | 2023 | | | $ - |
| | | | | |
| | | | **TOTAL** | **$44,463.36** |
| | | | | |

# EVEN THOMAS

## FRONT PAY CALCULATIONS

| MONTH | YEAR | MONTLY SALARY | COST OF LIVING INCREASE (1.5%/YEAR) | CALC MONTHLY SALARY | |
|-------|------|---------------|-------------------------------------|---------------------|---|
| October | 2022 | $ 5,882.92 | 0.0% | $ 5,882.92 | |
| November | 2022 | $ 5,882.92 | 0.0% | $ 5,882.92 | |
| December | 2022 | $ 5,882.92 | 0.0% | $ 5,882.92 | |
| January | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| February | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| March | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| April | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| May | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| June | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| July | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| August | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| September | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| October | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| November | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| December | 2023 | $ 5,882.92 | 1.5% | $ 5,971.16 | |
| January | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| February | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| March | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| April | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| May | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| June | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| July | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| August | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| September | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| October | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| November | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| December | 2024 | $ 5,882.92 | 1.5% | $ 6,060.73 | |
| January | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| February | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| March | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| April | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| May | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| June | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| July | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| August | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| September | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| October | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| November | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| December | 2025 | $ 5,882.92 | 1.5% | $ 6,151.64 | |
| January | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| February | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |

## FRONT PAY CALCULATIONS

| MONTH | YEAR | MONTLY SALARY | COST OF LIVING INCREASE (1.5%/YEAR) | CALC MONTHLY SALARY | |
|---|---|---|---|---|---|
| March | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| April | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| May | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| June | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| July | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| August | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| September | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| October | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| November | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| December | 2026 | $ 5,882.92 | 1.5% | $ 6,243.92 | |
| January | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| February | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| March | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| April | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| May | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| June | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| July | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| August | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| September | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| October | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| November | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| December | 2027 | $ 5,882.92 | 1.5% | $ 6,337.58 | |
| January | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| February | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| March | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| April | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| May | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| June | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| July | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| August | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| September | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| October | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| November | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| December | 2028 | $ 5,882.92 | 1.5% | $ 6,432.64 | |
| January | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| February | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| March | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| April | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| May | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| June | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| July | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |

# EVEN THOMAS
## FRONT PAY CALCULATIONS

| MONTH | YEAR | MONTLY SALARY | COST OF LIVING INCREASE (1.5%/YEAR) | CALC MONTHLY SALARY | |
|-------|------|---------------|-------------------------------------|---------------------|---|
| August | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| September | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| October | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| November | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| December | 2029 | $ 5,882.92 | 1.5% | $ 6,529.13 | |
| January | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| February | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| March | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| April | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| May | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| June | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| July | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| August | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| September | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| October | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| November | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| December | 2030 | $ 5,882.92 | 1.5% | $ 6,627.07 | |
| January | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| February | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| March | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| April | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| May | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| June | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| July | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| August | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| September | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| October | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| November | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| December | 2031 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| January | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| February | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| March | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| April | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| May | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| June | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| July | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| August | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| September | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| October | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| November | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |
| December | 2032 | $ 5,882.92 | 1.5% | $ 6,726.47 | |

**EVEN THOMAS**

## FRONT PAY CALCULATIONS

| MONTH | YEAR | MONTLY SALARY | COST OF LIVING INCREASE (1.5%/YEAR) | CALC MONTHLY SALARY | |
|-------|------|---------------|-------------------------------------|---------------------|--|
| January | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| February | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| March | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| April | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| May | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| June | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| July | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| August | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| September | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| October | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| November | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| December | 2033 | $ 5,882.92 | 1.5% | $ 6,827.37 | |
| | | $794,194.20 | | $865,258.87 | |

# EVEN THOMAS
## RETIREMENT CONTRIBUTION BY
## EMPLOYEE AND EMPLOYER

| MONTH | YEAR | MONTLY SALARY | | RETIREMENT CONTRIBUTION BY EMPLOYEE | RETIREMENT CONTRIBUTION BY EMPLOYER |
|-------|------|---------------|--|-------------------------------------|-------------------------------------|
| October | 2022 | $ | 5,882.92 | ($470.63) | UNK |
| November | 2022 | $ | 5,882.92 | ($470.63) | UNK |
| December | 2022 | $ | 5,882.92 | ($470.63) | UNK |
| January | 2023 | $ | 5,882.92 | ($470.63) | UNK |
| February | 2023 | $ | 5,882.92 | ($470.63) | UNK |
| March | 2023 | $ | 5,882.92 | ($470.63) | UNK |
| April | 2023 | $ | 5,882.92 | ($470.63) | UNK |
| May | 2023 | $ | 5,882.92 | ($470.63) | UNK |
| June | 2023 | | | $0.00 | |
| July | 2023 | | | $0.00 | |
| August | 2023 | | | $0.00 | |
| September | 2023 | | | $0.00 | |
| October | 2023 | | | $0.00 | |
| November | 2023 | | | $0.00 | |
| December | 2023 | | | $0.00 | |
| | | | | | |
| | | | TOTAL | $ (3,765.07) | $ - |
| | | | | | |

# EVEN THOMAS
## INSURANCE RELIEF

| MONTH | YEAR | INSURANCE COST EMPLOYED | INSURANCE COST UNEMPLOYED | LOSS OF BENEFIT |
|---|---|---|---|---|
| October | 2022 | $ - | | $ - |
| November | 2022 | $ - | $ 800.00 | $ 800.00 |
| December | 2022 | $ - | $ 800.00 | $ 800.00 |
| January | 2023 | $ - | $ 800.00 | $ 800.00 |
| February | 2023 | $ - | $ 800.00 | $ 800.00 |
| March | 2023 | $ - | $ 800.00 | $ 800.00 |
| April | 2023 | $ - | $ 800.00 | $ 800.00 |
| May | 2023 | $ - | $ 800.00 | $ 800.00 |
| June | 2023 | $ - | | $ - |
| July | 2023 | $ - | | $ - |
| August | 2023 | $ - | | $ - |
| September | 2023 | $ - | | $ - |
| October | 2023 | $ - | | $ - |
| November | 2023 | $ - | | $ - |
| December | 2023 | $ - | | $ - |
| | | | | |
| | | | TOTAL | $ 5,600.00 |
| | | | | |

# EVEN THOMAS
## COURT FILING FEES AND
## ASSOCIATED COST

| DESCRIPTION OF COURT AND FILING FEES | | |
|---|---|---|
| Filing Fees | $ 350.00 | |
| Serving of court documents | $ 75.00 | |
| ??? | $ 8.00 | |
| Copies | $ 30.00 | |
| | | |
| | | |
| | | |
| **TOTAL** | $ 463.00 | |
| | | |



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Houston District Office**
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/04/2023

**To:** Mr. Even Thomas III
6815 Broadleaf Drive
BEAUMONT, TX 77708
Charge No: 460-2023-00259

EEOC Representative and email:   CARINE JEAN-MARIE
EEO Investigator
carine.jean-marie@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC is closing this charge because: No Jurisdiction - Whistleblower Allegations.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 460-2023-00259.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
05/04/2023
Rayford O. Irvin
District Director

**Cc:**

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 460-2023-00259 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor

Houston, TX 77002.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **460-2023-00259** |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Even Thomas III | (409) 932-3836 | 1966 |

| Street Address |
|---|
| 6815 Broadleaf Drive |
| BEAUMONT, TX 77708 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| WINDHAM SCHOOL DISTRICT | 15 - 100 Employees | |

| Street Address |
|---|
| PO BOX 40 P O BOX 40 |
| HUNTSVILLE, TX 77342 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Age, Retaliation, Sex | 02/14/2022 | 10/16/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a fifty-six-year-old (56) Male. The above employer hired me as a Changes Teacher on August 1, 2021. Throughout my tenure, Mr. Colon Taylor, III, Principal, Harassed, excluded, and treated me with different terms and conditions of employment. I was the only one treated this way. On or about September 9, 2022, I was suspended with pay for allegedly walking into the prison without being pat-searched. However, that is not true. I was following the Guard's directives. The surveillance cameras will show I did as instructed, but the Warded said the cameras were not taping that day, and he called me out of my name BUD. Ms. Rhonda Parker, School Counselor a white female, started a relationship with two former inmates at the prison, and once they were released, she took one to the Christmas party. The former inmate reported it to the Warden. The Respondent did not terminate her. She was transferred to a different site and eventually returned to the incident's location. Having a relationship with an inmate is against company policy. The Respondent did not afford me the chance to work at another unit. Further, Ms. Rhonda Parker refused to take a drug test. Refusing to take a drug test is grounds for termination per company policy.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Even Thomas III**<br><br>**05/04/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED    AND    SWORN    TO    BEFORE    ME    THIS    DATE<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 460-2023-00259 |

| **Texas Workforce Commission Civil Rights Division** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

On or about October 7, 2022, the Respondent terminated my employment, stating that I refused to commit to a pat search and not following the Guard's instructions. The reasons given are a pretext.

I believe I was discriminated against in violation of The Age Discrimination in Employment Act of 1967 (ADEA), as amended. I believe I was discriminated against due to my sex-female violation of Title VII of the Civil Rights Act of 1964, as amended. I further believe the Respondent retaliated against me after complaining to upper management.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Even Thomas III**<br><br>**05/04/2023** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |
| *Charging Party Signature* | |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

On February 4th, 2022, I was informed that I would be temporarily moving from Gist Unit to Stiles Unit. (See attachment AA). On February 15th, 2022, I received an email that stated that I had to teach more than one module which is a violation of the state and federal funding which Windham gets their funding from (See Attachment BB). I did not want to break the law, so I said I do not know how to do that (See Attachment CC). I reported it to Jane Pavelka (See attachment DD). Then Henry Linley, Regional Principal (See Attachment EE) steps in. He starts fact-finding on me because I reached out to Jane Pavelka. Colon Taylor III, principal starts to harass, exclude, and treat me with different terms and conditions of employment. He starts a fact-finding to reach out to Jane Pavelka (See attachment FF). Another fact-finding for going to the Gist Unit to my classroom to obtain some classroom materials to bring back to Stiles. I told Dr. Thomas and the guards (See Attachment GG). I filed a grievance against Principal Taylor to Issac Debose (See attachment HH). Issac Debose denied hearing my grievance. In the month of April, I returned to Gist. Dr. Linley did a pre-inspection walkthrough and said that my class is a good thing (Refer back to attachment GG). In May, the inspector came to Gist, asked for my key, and began searching through my desk and closet. He did not find any problems and I passed the inspection. While I was at lunch, Principal Taylor went into my classroom (See Attachment (See attachment HH). Another fact-finding, I went to the restroom while Mrs. King was watching my class (See attachment II) Another fact-finding (See attachment JJ). File another grievance on Principal Taylor (see attachment KK). Dr. Thomas was telling the inmates I was beating my wife. I filed a grievance against her (See attachment LL). Issac Debose denied hearing my grievance and denied me due process. Principal Taylor violated my HIPAA right See Attachment MM). Another fact-finding from Principal Taylor (See attachment NN). Another fact-finding not doing my attendance roster which is not true when we had the inspection my rosters were good (See attachment OO) Principal Taylor failed both of his inspections at Stiles and Gist. Kristina Harman allowed Principal Taylor to be off work for a whole week, but I cannot be allowed to go to the doctor (See attachment PP). There is more but Assistant Warden Fitch did not allow me back into his prison to get my paperwork. There is a lot more fact-finding and write ups. Investigator can find it on my Wyndham email address even.thomas@wsdtx.org In closing Anton Smikal (409)-718-0204), Mamie Jones (409) 225-1678) and Manuel Breaux (409-466-1743) was at the Christmas party and will tell both the court and the investigator that Mrs. Parker brought a former inmate to the party, they will tell you that Principal Taylor treated me badly. I understand Mrs. Parker is married to a former inmate who is on parole, his last name is Smith. Her relationship puts both staff and inmates in jeopardy (See attachment QQ) Also why were the cameras at Gist not working properly? They are receiving state and federal money to keep the public safe (see attachment RR). If you can find the camera, it will show you my statement (See attachment SS)

Fw: The HRA for position 201209 has been approved

*Attachment AA*

From:  Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Monday, February 21, 2022 at 04:55 AM CST

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, February 4, 2022 12:42 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** FW: The HRA for position 201209 has been approved

---

**From:** Henry Linley
**Sent:** Friday, February 04, 2022 8:27 AM
**To:** Colon Taylor
**Subject:** Fwd: The HRA for position 201209 has been approved

Get Outlook for iOS

---

**From:** WSDIT Automated <wsdit.automated@wsdtx.org>
**Sent:** Friday, February 4, 2022 8:13:10 AM
**To:** Henry Linley <henry.linley@wsdtx.org>
**Subject:** The HRA for position 201209 has been approved

# A Human Resources Action Approval request has been approved.

**Do not reply to this email. This account is automated and its inbox is not monitored.**

| Approval Id | 2221 |
|---|---|
| Regional Principal/Administrator | Henry Linley |
| Region | Northeast |
| Effective Date | 2/14/2022 |
| Action | Employee Reassignment |
| Position Number (From) | 201209 |
| Position Number (To) | 200945 |
| Position Title (From) | Changes |
| Position Title (To) | Changes/Cognitive |

| Unit/Department (From) | Gist |
|---|---|
| Unit/Department (To) | Stiles |
| Employee Id | 13709 |
| Employee | Even Thomas III |

**Justification:**

Requesting to temporarily assign Mr. Thomas (13709) from Gist to Stiles due Mr. Noel resigning and no CHANGES teacher on the unit.

Mr. Thomas students will be assigned to Mr. Breaux with priority going to

1. FI3R students

2. Students with most CHANGES hours

There will be a waiting list of about 10 students needing to get back into CHANGES. These students will be added as soon as vacancies come up.

**Comments:**

*Stephine Crabb - 2/4/2022 8:11 AM*
Approve

WSDAPP="app:HRA;id:2221;step:5"

Fw: Multiple CHANGES Modules

Attachment BB

From:  Even Thomas (even.thomas@wsdtx.org)

To:  juneboyiii@yahoo.com

Date:  Thursday, February 17, 2022 at 05:26 PM CST

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Tuesday, February 15, 2022 3:59 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Cc:** Angela Thomas <angela.thomas@wsdtx.org>
**Subject:** Multiple CHANGES Modules

Good afternoon, Mr. Thomas:

Thanks for your input today during our phone conference.  Until a decision has been made regarding your class, you are directed to teach whatever module is necessary based on each individual's SPR card.  To be clear, this means you will teach more than Module One starting tomorrow. Seek assistance from Dr. Thomas on differentiation strategies to ensure all your students' needs are met.

Respectfully,
Dr. Taylor

Get Outlook for iOS

I do not know how to teach Model one and module four in the same class I was moved hear for ninety days until they find a teacher. I only made on round of changes so I am still learning Please helpI was not directed to do that before... Even

**From:** Colon Taylor
**Sent:** Tuesday, February 15, 2022 4:00 PM
**To:** Even Thomas
**Cc:** Angela Thomas
**Subject:** Multiple CHANGES Modules

Good afternoon, Mr. Thomas:

Thanks for your input today during our phone conference. Until a decision has been made regarding your class, you are directed to teach whatever module is necessary based on each individual's SPR card. To be clear, this means you will teach more than Module One starting tomorrow. Seek assistance from Dr. Thomas on differentiation strategies to ensure all your students' needs are met.

Respectfully,
Dr. Taylor

Get Outlook for iOS

**Respectfully,**
**Dr. Colon Taylor, III**
**Principal**
**Gist & Stiles Campuses**
**Windham School District**
**Cell (936) 577-8263**





The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive and privileged information. It is not to be released to the media, the general public, or to personnel who do not have a "need-to-know." If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

---

**From:** Jane Pavelka
**Sent:** Wednesday, February 16, 2022 9:37 AM
**To:** Even Thomas
**Cc:** Mario Cotton; Colon Taylor
**Subject:** RE: Multiple CHANGES Modules

Mr. Thomas,
I will need more information from you please. For example, how many need module 1 and how many need module 4. Since COVID, we sometimes have to do things a little different to take care of our students. It is not uncommon to have some of our students doing independent study on a module while we teach another module. If you would like, I will be happy to conference with you by phone or zoom. Please reach out to your principal and let him know so that we can arrange this question and answer session.

Regards,

Jane Pavelka

Education Specialist-Life Skills
Windham School District
jane.pavelka@wsdtx.org
936 436-4892

**From:** Even Thomas
**Sent:** Wednesday, February 16, 2022 8:23 AM
**To:** Jane Pavelka <jane.pavelka@wsdtx.org>
**Subject:** FW: Multiple CHANGES Modules

## Fw: Multiple CHANGES Modules

Attachment EE.

From:  Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Thursday, February 17, 2022 at 05:29 PM CST

---

**From:** Henry Linley <henry.linley@wsdtx.org>
**Sent:** Thursday, February 17, 2022 9:43 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>; Jane Pavelka <jane.pavelka@wsdtx.org>
**Cc:** Mario Cotton <Mario.Cotton@wsdtx.org>; Angela Thomas <angela.thomas@wsdtx.org>; Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** RE: Multiple CHANGES Modules

Good Morning Everyone,

Thank you Ms. Pavelka I have resolved Mr. Thomas issues with not knowing how to teach multiple lessons. Effective 2/22/22 Mr. Thomas will be teaching two courses: one for Module 4 and a second class for Module 1. I am aware that Mr. Thomas will be attending Cognitive training next week and once he returns to Stiles he will complete the students who need Module 4. Then he will come to Hutchins to observe my Cognitive teachers and return to Stiles to start teaching 1 section of Cognitive and 1 section of Changes.

Thank you again for bringing this to my attention and thank you Dr. Taylor for your input in this matter.


Dr. Henry Linley
Northeast Texas Regional Principal
Hutchins, Hodge/Skyview, Stiles, Gist,
Johnston, Telford, Cole, Moore, Middleton, Robertson
972-225-1304 ext 6166
936-661-9528 (state cell phone)


---

**From:** Colon Taylor
**Sent:** Wednesday, February 16, 2022 4:53 PM
**To:** Jane Pavelka
**Cc:** Mario Cotton; Henry Linley; Angela Thomas; Even Thomas
**Subject:** RE: Multiple CHANGES Modules
**Importance:** High

Good afternoon, Ms. Pavelka:

I am currently at CTE New Hire Training in Fairfield through Thursday.  What is your availability for a conference call on Friday?

Thanks in advance for your time and attention.

## FW: Fact-Finding Statement Requested-CHANGES

From: Even Thomas (even.thomas@wsdtx.org)

To:  juneboyiii@yahoo.com

Date: Friday, February 18, 2022 at 07:17 AM CST



---

**From:** Colon Taylor
**Sent:** Friday, February 18, 2022 7:04 AM
**To:** Even Thomas
**Subject:** Fact-Finding Statement Requested-CHANGES
**Importance:** High

Good morning, Mr. Thomas:

I am conducting a fact-finding investigation regarding your failure to follow the chain of command on 2/16/2022. Specifically, you contacted the WSD Professional Development Department, bypassing your campus and regional leadership regarding your CHANGES class. Please provide a written/signed statement regarding this matter to me by the close of business today (2/18/2022).

**Respectfully,**
**Dr. Colon Taylor, III**
**Principal**
**Gist & Stiles Campuses**
**Windham School District**
**Cell (936) 577-8263**



The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive and privileged information. It is not to be released to the media, the general public, or to personnel who do not have a "need-to-know." If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

## FW: Fact-Finding Statement Requested-Unauthorized Departure from Assigned Unit

From:  Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Friday, February 18, 2022 at 07:18 AM CST

---

**From:** Colon Taylor
**Sent:** Friday, February 18, 2022 7:15 AM
**To:** Even Thomas
**Subject:** Fact-Finding Statement Requested-Unauthorized Departure from Assigned Unit
**Importance:** High

Good morning, Mr. Thomas:

I am conducting a fact-finding investigation regarding an unauthorized departure from your assigned unit on 2/17/2022.  Specifically, you went to the Education Department at the Gist State Jail without informing your immediate supervisor.  Please provide a written/signed statement regarding this matter to me by the close of business today (2/18/2022).

**Respectfully,**
**Dr. Colon Taylor, III**
**Principal**
**Gist & Stiles Campuses**
**Windham School District**
**Cell (936) 577-8263**



The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive and privileged information. It is not to be released to the media, the general public, or to personnel who do not have a "need-to-know."  If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

Fw: Dr. Linley's Pre-Inspection Walkthrough

Attachment G b

From: Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date: Wednesday, May 18, 2022 at 08:50 AM CDT

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, April 29, 2022 7:30 AM
**To:** Gist Education Staff - SE Area <bj@wsdtx.org>; Stiles Education Staff - SE Area <st@wsdtx.org>
**Subject:** Fwd: Dr. Linley's Pre-Inspection Walkthrough

Teachers: Add submission of weekly lesson plans to this list

Respectfully,
Dr. Taylor
Get Outlook for iOS

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, April 29, 2022 5:09 AM
**To:** Gist Education Staff - SE Area <bj@wsdtx.org>; Stiles Education Staff - SE Area <st@wsdtx.org>
**Subject:** Dr. Linley's Pre-Inspection Walkthrough

Happy Friday, Team:

Below is a list of items (in no particular order) that Dr. Linley and I observed/discussed during his visit yesterday.  Be advised, he'll return in a few weeks to ensure all items have been addressed prior to our Operational Review Audit next month.

Items to be immediately corrected
-Working hours...one start/stop time per shift (exception is Admin Assistants) effective 16 May per Superintendent Hartman
-Noticeable trend of staff signing in after shift has started (Be on time!)
-Remove all COVID capacity restriction signs
-Remove any item with the word "Offender" on it
-Remove photos of students with masks not properly worn
-Remove photos of students "throwing up" gang signs
-Update all paperwork with old Warden and/or old Principal signatures
-Librarians need to make a center or section with career-oriented books
-Librarians need to secure  random items or books not on shelves at the end of the day (If it's a working area for SSIs, section off that area from other residents)
-In library ensure residents have access  to periodicals and magazines
-Librarians must ensure audit items are accessible while you are at your conference
-Open market requisition for HVAC unit at Stiles needs be completed ASAP
-Testing Specialist must move to correct office at Gist
-Unsecured locks on desk drawers observed
-Egress procedures (Teacher (not security) must dismiss students and step outside the room first)
-Unable to access tools at Stiles
-Warning about coloring activities in Academic classes
- Unit rosters do not match position teachers are hired for on attendance records
-Incoming/EA testing way behind on both campuses (Consider doubling number of students on lay-ins and conducting school-wide testing to catch up. Document all efforts in IEIMS)
-All trainings/Security training needs to be uploaded in Staff Development Application
-Water cooler should not be  in library when temp is not 90 degrees outside
-TTESS evaluations missing

Attachment 66

Good things
-Overall cleanliness
-CTech poster (Can we get one for Dr. Linley?)
-Bulletin boards look great
-Feels like a school when you walk in
-Thomas' observation in CHANGES class
-E-card catalog (library) is accessible to residents
-Sign in /sign out  times on attendance rosters

I will be traveling most of the month of May. However, my expectation is each staff member will take corrective actions immediately.

If you have any questions, please let me know.

Respectfully

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist: (409) 727-8400 Ext. 2179

Stiles: (409) 722-5255 Ext. 3333

State Cell: (936) 577-8263


Get Outlook for iOS

TRANSMISSION VERIFICATION REPORT

```
TIME   : 02/21/2022 12:58
NAME   : FLAGSHIP MAILROOM
FAX    : 4098663050
TEL    : 4098664643
SER.#  : U63274D5J939137
```

```
DATE,TIME       02/21  12:57
FAX NO./NAME    19364364031
DURATION        00:01:24
PAGE(S)         09
RESULT          OK
MODE            STANDARD
                ECM
```



# MAIL ROOM
### and Emporium

### FAX TRANSMITTAL

### 148 S. DOWLEN ROAD

### BEAUMONT, TEXAS 77707

### (409) 866-4643

### FAX (409) 866-3050

DATE: Feb 21, 2022

TO: Issac Debose

COMPANY: W & D Grievance Coodinator

FAX #: (936) 436-4031

FROM: Even Thomas

COMPANY: WSD

WSD 7.26 (rev. 3)
Attachment A
Page 19 of 20



## EMPLOYEE GRIEVANCE

An employee who wishes to file a complaint must complete this form in its entirety and submit the completed form to the WSD grievance coordinator in accordance with procedures established in WBP-7.26, "Employee Grievance Procedures." All complaints will be processed in accordance with board policy.

Use of WSD or state resources is strictly prohibited. WSD resources shall only be used to prepare for a grievance meeting after the grievant has been notified that a meeting has been scheduled. However, preparation shall not impact classroom instruction.

| **Date of Alleged Incident:** February 15 & 19, 2022 | |
|---|---|
| **Grievant Name:** Even Thomas | **Unit of Assignment:** Stiles |
| **Supervisor:** Dr. Colon Taylor, III | **Position of Assignment:** Changes Teacher |

You may elect to identify a representative when the grievance is initially submitted or when submitting a rejection to level one or two response. If you fail to identify a representative when this form is submitted, a representative shall not be allowed to attend a grievance meeting. Once you have identified a representative, you shall not be allowed to identify a different representative.

**Representative or Organization:**

Address/Telephone:

Witnesses are individuals who have firsthand knowledge of the events being grieved.

| **Witness:** Jane Pavelka | **Witness:** Stephine Crabb |
|---|---|
| Position: Educational Specialist - LifeSkill | Position: Human Resourse |

The complaint, adverse effect and requested relief must be summarized, clearly stated, and legibly written or typed in the appropriate spaces below or on an attached sheet. If you describe a complaint, adverse affect, or requested relief on a separate attachment, write "see attachment" in each appropriate space below.

**Complaint:** Be specific. Must pertain to one individual. Must be in relation to an event that has already occurred.

On February 15, 2022 my supervisor Dr. Taylor directed me to violate WSD rules in teaching Changes Class and write untruth on individual's SPR cards. I taught Module 1 but Dr. Taylor wanted me whatever Module they need. I was not train to do that. Now the student are upset because some the did Module 1 and not getting credit for the Module they need. They are concern about making parole and see me as the face of WSD and the men feel I am in the way of there freedom making me feel not safe

**Adverse Action:** Explain how the action or issue adversely affected or interfered with an employment related matter.

I seek help from Mrs Pavelka because she trained me. Now I am under investigation by my supervisor Dr. Taylor for by passing your Campus and Regional leadership regarding Changes class and under investigation departure which is not true because I told Dr. Thomas, Officer Miller and Offise Trahan. Dr. Taylor was not on campus that day so that's not true.

**Requested Relief or Remedy:** State the specific corrective action or remedy you are requesting. The corrective action shall be within the authority of the WSD to grant and not include a request for another employee to be disciplined.

WSD has zero tolerance for all froms of employment discrimination for harassment and retaliation is prohibited. I am seeking all harassment and retaliation stop my supervisor Dr. Taylor and that I be moved back to Gist unit where I feel safe and free from Retatiation and Harassment. See all Attachment

| **Employee Signature:** Even Thomas | **Date:** February 21, 2022 |
|---|---|

(12/13)

Fw: CHANGES Decision Conference Call

442

From: Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Monday, February 21, 2022, 04:54 AM CST

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, February 4, 2022 9:35 AM
**To:** Rhonda Parker <rhonda.parker@wsdtx.org>; Angela Thomas <angela.thomas@wsdtx.org>; Manuel Breaux <manuel.breaux@wsdtx.org>; Even Thomas <Even.Thomas@wsdtx.org>
**Cc:** Shana Digiovanni-Strickland <Shana.Digiovanni-Strickland@wsdtx.org>
**Subject:** CHANGES Decision Conference Call

Good morning, staff:

Bottom Line Up Front (BLUF): A final decision regarding the CHANGES situation has ben made that impacts both campuses starting next week.  With that being said, I need to have an emergency conference call with the following staff members today starting at 12 pm:

Parker
Dr. Thomas
E. Thomas
Breaux

Because both CHANGES Teachers need to be in the meeting, all afternoon CHANGES classes at Gist will be cancelled for today.

**Respectfully,**
**Dr. Colon Taylor, III**
**Principal**
**Gist & Stiles Campuses**
**Windham School District**
**Cell (936) 577-8263**



The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s) and may contain sensitive and privileged information. It is not to be released to the media, the general public, or to personnel who do not have a "need-to-know." If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS     Upgrade Now

Find messages, documents, photos or people        Home

Compose

juneboyiii@ya...    4
even66et

...

Inbox    4
Unread
Starred
Drafts    2
Sent
More

Views    Hide
Photos
Documents
Subscriptions
Deals
Groceries
Receipts
Travel

Folders    Hide
+ New Folder
Drafts
Outbox

← Back    Archive    Move    Delete    Spam

| | |
|---|---|
| **Position Number (From)** | 201209 |
| **Position Number (To)** | 200945 |
| **Position Title (From)** | Changes |
| **Position Title (To)** | Changes/Cognitive |
| **Unit/Department (From)** | Gist |
| **Unit/Department (To)** | Stiles |
| **Employee Id** | 13709 |
| **Employee** | Even Thomas III |

**Justification:**
Requesting to temporarily assign Mr. Thomas (13709) from Gist to Stiles due Mr. Noel resigning and no CHANGES teacher on the unit.
Mr. Thomas students will be assigned to Mr. Breaux with priority going to
1. FI3R students
2. Students with most CHANGES hours
There will be a waiting list of about 10 students needing to get back into CHANGES. These students will be added as soon as vacancies come up.

**Comments:**
*Stephine Crabb - 2/4/2022 8:11 AM*
Approve

WSDAPP="app:HRA;id:2221;step:5"

↩ ↩ ➡ •••

**EVEN THOMAS** 🔍
even.thomas@wsdtx.org
(409) 932-3836
+ Add to contacts

Reply, Reply All or Forward



Approved!     Thank you.     Received, thank you.

*Exh 3*

| | NAME | TDCJ# | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| | **THOMAS - CHANGES STUDENTS** | | | | | | | | |
| 4 | AGUILAR | 1940801 | X | X | X | | | | X |
| 5 | ~~ALDONA~~ | 2261184 | | | X | 1-3 | | | |
| 1 | DANIELS | 2158637 | | | | | | 5 | X |
| 1 | ELLIS | 2320789 | | | | | | 5 | X |
| 1 | ESQUIVEL | 2332314 | | | | | | | |
| 4 | GARRETT | 2313464 | X | X | X | | | | |
| 4 | GUTHRIE | 1979193 | X | X | X | | | | X |
| 1 | JOHNSON | 2202901 | | | | | | | |
| 4 | JUNG | 2332735 | X | X | X | | | | X |
| 1 | MRAZ | 2271758 | | | | | 2-5 | X | X |
| 4 | PAINTER | 2331524 | | X | X | | | | |
| 5 | ROJAS | 2151136 | X | X | X | X | | X | X |
| 1 | ROMERO | 1126023 | | X | X | X | X | X | X |
| 1 | SMITH | 2325279 | | | | | | | X |
| 4 | THAMES | 2153768 | X | X | X | | | | X |
| 5,4 | WADE | 1084263 | | X | X | X | 1-3 | | |
| 1 | WEST | 2051612 | | X | X | X | X | X | X |

The highlighted boxes are where they would normally start.
Rojas only needs Mod 5. Aldona and Wade can start with Mod 1 but would need to be dropped after Mod 1 and brought back in once the teacher gets to the module each one needs.
That would leave Mr. Thomas teaching Module 1 and 4 together.

M1.
1. Daniels
2. Ellis
3. Esquivel
4 Johnson
5. Mraz
6. Romero
7. Smith
8. West
9. Wade - Drop after Module 1
   Needs 5,4-5; 6-7.

M4.
1. Aguilar
2. Garrett
3. Guthrie
4. Jung
5. Painter
6. Thames

M5
*1. Rojas
~~2. Wade - 5,4~~

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    Upgrade Now

Home

Find messages, documents, photos or people



Compose

← Back    Archive    Move    Delete    Spam

juneboyiii@ya...  4

even66et

...

Inbox    4

Unread

Starred

Drafts    2

Sent

∨ More

Views    Hide

Photos

Documents

Subscriptions

Deals

Groceries

Receipts

Travel

Folders    Hide

+ New Folder

Drafts

Outbox

Windham School District
jane.pavelka@wsdtx.org
936 436-4892

**EVEN THOMAS**  🔍

even.thomas@wsdtx.org
(409) 932-3836
+ Add to contacts

**From:** Even Thomas
**Sent:** Wednesday, February 16, 2022 8:23 AM
**To:** Jane Pavelka <jane.pavelka@wsdtx.org>
**Subject:** FW: Multiple CHANGES Modules

I do not know how to teach Model one and module four in the same class I was moved hear for ninety days until they find a teacher. I only made on round of changes so I am still learning Please help I was not directed to do that before... Even

**From:** Colon Taylor
**Sent:** Tuesday, February 15, 2022 4:00 PM
**To:** Even Thomas
**Cc:** Angela Thomas
**Subject:** Multiple CHANGES Modules

Good afternoon, Mr. Thomas:

Thanks for your input today during our phone conference. Until a decision has been made regarding your class, you are directed to teach whatever module is necessary based on each individual's SPR card. To be clear, this means you will teach more than Module One starting tomorrow. Seek assistance from Dr. Thomas on differentiation strategies to ensure all your students' needs are met.

Respectfully,
Dr. Taylor

Get Outlook for iOS

  **Even Thomas** <even.thomas@>        Thu, Feb 17 at 5:30 PM
To: juneboyiii@yahoo.com

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    Upgrade Now

Find messages, documents, photos or people                                    Home

← Back    Archive    Move    Delete    Spam

Compose

juneboyiii@ya... 4
even66et

...

Inbox        4
Unread
Starred
Drafts       2
Sent
∨ More

Views      Hide
Photos
Documents
Subscriptions
Deals
Groceries
Receipts
Travel

Folders    Hide
+ New Folder
Drafts
Outbox

**Even Thomas** <even.thomas@...    Thu, Feb 17 at 5:29 PM
To: juneboyiii@yahoo.com



**EVEN THOMAS**
even.thomas@wsdtx.org
(409) 932-3836
+ Add to contacts

---

**From:** Henry Linley <henry.linley@wsdtx.org>
**Sent:** Thursday, February 17, 2022 9:43 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>; Jane Pavelka <jane.pavelka@wsdtx.org>
**Cc:** Mario Cotton <Mario.Cotton@wsdtx.org>; Angela Thomas <angela.thomas@wsdtx.org>; Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** RE: Multiple CHANGES Modules

Good Morning Everyone,

Thank you Ms. Pavelka I have resolved Mr. Thomas issues with not knowing how to teach multiple lessons. Effective 2/22/22 Mr. Thomas will be teaching two courses: one for Module 4 and a second class for Module 1. I am aware that Mr. Thomas will be attending Cognitive training next week and once he returns to Stiles he will complete the students who need Module 4. Then he will come to Hutchins to observe my Cognitive teachers and return to Stiles to start teaching 1 section of Cognitive and 1 section of Changes.

Thank you again for bringing this to my attention and thank you Dr. Taylor for your input in this matter.

Dr. Henry Linley
Northeast Texas Regional Principal
Hutchins, Hodge/Skyview, Stiles, Gist,
Johnston, Telford, Cole, Moore, Middleton, Robertson
972-225-1304 ext 6166
936-661-9528 (state cell phone)

---

**From:** Colon Taylor
**Sent:** Wednesday, February 16, 2022 4:53 PM

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    Upgrade Now

Find messages, documents, photos or people    Home

← Back    Archive    Move    Delete    Spam

Compose

juneboyiii@y...    12
even66et

...

Inbox    12
Unread
Starred
Drafts    2
Sent
∨ More

Views    Hide
Photos
Documents
Subscriptions
Deals
Groceries
Receipts
Travel

Folders    Hide
+ New Folder
Drafts
Outbox

FW: Fact-Finding Statement    Yahoo/Inbox
Requested-Unauthorized Departure
from Assigned Unit

**Even Thomas** <even.thomas@w...    Fri, Feb 18 at 7:18 AM
**To:** 'juneboyiii@yahoo.com'

---

**From:** Colon Taylor
**Sent:** Friday, February 18, 2022 7:15 AM
**To:** Even Thomas
**Subject:** Fact-Finding Statement Requested-Unauthorized Departure from Assigned Unit
**Importance:** High

Good morning, Mr. Thomas:

I am conducting a fact-finding investigation regarding an unauthorized departure from your assigned unit on 2/17/2022. Specifically, you went to the Education Department at the Gist State Jail without informing your immediate supervisor. Please provide a written/signed statement regarding this matter to me by the close of business today (2/18/2022).

**Respectfully,**

**Dr. Colon Taylor, III**

**Principal**

**Gist & Stiles Campuses**

**Windham School District**

**Cell (936) 577-8263**

**EVEN THOMAS** Q

even.thomas@wsdtx.org
(409) 932-3836
+ Add to contacts

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SHOPPING    YAHOO PLUS    MOBILE    Upgrade Now

Find messages, documents, photos or people                                    Home

Compose

← Back   ↩   ⤺   →   ▤ Archive   ▸ Move   🗑 Delete   🚫 Spam

juneboyiii@y...   12
even66et   ⚠

Inbox   12
Unread
Starred
Drafts   2
Sent
∨ More

Views   Hide
▦ Photos
▤ Documents
▦ Subscriptions
✂ Deals
🛒 Groceries
🧾 Receipts
✈ Travel

Folders   Hide
+ New Folder
Drafts
Outbox



**Even Thomas** <even.thomas@w   🖨   Fri, Feb 18 at 7:49 AM
To: Jane Pavelka,
'juneboyiii@yahoo.com'

You train me and I have done everything you taught me to do not I am
being harass because I ask you for help. I am not putting false stuff on
the cards because they are telling me to I am doing what you taught
me. I was willing from the beginning to  teach 1 in the morning and 4 in
the evening but they would not listed now I am being pick on please
help... Even

---

**From:** Colon Taylor
**Sent:** Friday, February 18, 2022 7:04 AM
**To:** Even Thomas
**Subject:** Fact-Finding Statement Requested-CHANGES
**Importance:** High

Good morning, Mr. Thomas:

I am conducting a fact-finding investigation regarding your failure to
follow the chain of command on 2/16/2022.  Specifically, you contacted
the WSD Professional Development Department, bypassing your
campus and regional leadership regarding your CHANGES class.
Please provide a written/signed statement regarding this matter to me
by the close of business today (2/18/2022).

Respectfully,

**Dr. Colon Taylor, III**

**Principal**

**Gist & Stiles Campuses**
**Windham School District**

**Cell (936) 577-8263**

**EVEN THOMAS** 🔍

even.thomas@wsdtx.org
(409) 932-3836
+ Add to contacts

Attachment HH

## Fw: Fact-Finding Statement Needed

From:  Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Tuesday, June 21, 2022 at 06:20 AM CDT

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 4:27 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

This morning, at approximately 10:50 am, an unauthorized DVD was found playing in your classroom. Additionally, several crossword puzzles were left out on your desk. Per policy and previous conversations, both items are strictly prohibited.

By close of business on Monday (6/20), provide a **written and signed statement (in IOC format)** explaining why an unauthorized DVD and crossword puzzles are in your classroom.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext. 2179
Stiles:(409) 722-5255 Ext. 3333
State Cell: (936) 577-8263

 Thomas Unauthorized DVD.jpg
3MB

## Fw: Fact-Finding Statement Needed

From: Even Thomas (even.thomas@wsdtx.org)

To:   juneboyiii@yahoo.com

Date: Tuesday, June 21, 2022 at 06:35 AM CDT

---

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:34 AM
**To:** 'juneboyiii@yahoo.com' <juneboyiii@yahoo.com>
**Subject:** Fw: Fact-Finding Statement Needed

---

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:33 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

I went to the restroom. There is no guards to releave us so I ask Mrs King to look in on my class she did not see you i guess you were bent down stealing the locks off of my desk in front of the student who observed you doing that. I needed the restroom no one was here in the office to cover the class and no officer and you are to important to help out. please stop stealing out of my desk if take something out your desk I would be fired. Even

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 5:54 AM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

Yesterday, you left your CHANGES class unattended from 11:48 am - 11:52 pm. Additionally, two padlocks on your desk were unlocked during this same period of time.

By close of business today (Friday), provide a **written and signed statement (in IOC format)** explaining why students were left unattended and padlocks were unlocked.

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext. 2179

Stiles:(409) 722-5255 Ext. 3333

State Cell: (936) 577-8263

Fw: Fact-Finding Statement Needed

From:  Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Wednesday, June 22, 2022 at 06:36 AM CDT

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:40 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

I need a copy of my complaint I wrote in the Warden conferance room on Friday on Dr. Thomas so I can report it to your superiors... Even

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:31 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

At 10:50 am I was at lunch so why are you in my classroom going though my things without me be present so I can give you an answer. You are just getting back at me for writing against Dr. Thomas because you type this at 4:27 p.m. Friday. I have been given the puzzle since I started working here I got them from Mr. Breaux and we give it to the students after all the work is done. It was on my desk because Mr Breaux gave me the puzzles and the C D s before leaving. I auditor went though all my material and found nothing wrong with what I am doing but you cannot say the same thing so I hope the harrassment stops... Even

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 4:27 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

This morning, at approximately 10:50 am, an unauthorized DVD was found playing in your classroom. Additionally, several crossword puzzles were left out on your desk.  Per policy and previous conversations, both items are strictly prohibited.

By close of business on Monday (6/20), provide a **written and signed statement (in IOC format)** explaining why an unauthorized DVD and crossword puzzles are in your classroom.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District

Fw: Fact-Finding Statement Needed

From:  Even Thomas (even.thomas@wsdtx.org)

To:    colon.taylor@wsdtx.org

Cc:    kimberly.calhoun@wsdtx.org

Date:  Wednesday, June 22, 2022 at 07:05 AM CDT

Wednesday, June 22, 2022

I went to the restroom. I ask Ms king to look in my room because i going to the restroom because there was no office workers no officers to relieve us to attend any restroom nacessity as before Mr Breaux Mrs King and I would cover each other classes while going to the restroom. You went in my classroom and stole the locks off my desk and took it to your office for over an hour, once I notice they were gone the students say you took them. Why are you only taking items from my desk and classroom without my presence. WSD policy for the students is not to steal but the Principal of the school is stealing locks off the desk to bring to his office. When we got hired and in Huntsville the Superintendent Hartman clearly stated she "paying for our professionalism." Thats not professional... Even

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:21 AM
**To:** 'juneboyiii@yahoo.com' <juneboyiii@yahoo.com>
**Subject:** Fw: Fact-Finding Statement Needed

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 5:54 AM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

Yesterday, you left your CHANGES class unattended from 11:48 am - 11:52 pm. Additionally, two padlocks on your desk were unlocked during this same period of time.

By close of business today (Friday), provide a **written and signed statement (in IOC format)** explaining why students were left unattended and padlocks were unlocked.

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext. 2179

Stiles:(409) 722-5255 Ext. 3333

State Cell: (936) 577-8263

## Fw: Fact-Finding Statement Needed

$kk1$

From:  Even Thomas (even.thomas@wsdtx.org)

To:      juneboyiii@yahoo.com

Date:  Wednesday, June 22, 2022 at 06:36 AM CDT

---

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:40 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

I need a copy of my complaint I wrote in the Warden conferance room on Friday on Dr. Thomas so I can report it to your superiors... Even

---

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:31 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

At 10:50 am I was at lunch so why are you in my classroom going though my things without me be present so I can give you an answer. You are just getting back at me for writing against Dr. Thomas because you type this at 4:27 p.m. Friday. I have been given the puzzle since I started working here I got them from Mr. Breaux and we give it to the students after all the work is done. It was on my desk because Mr Breaux gave me the puzzles and the C D s before leaving. I auditor went though all my material and found nothing wrong with what I am doing but you cannot say the same thing so I hope the harrassment stops... Even

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 4:27 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

This morning, at approximately 10:50 am, an unauthorized DVD was found playing in your classroom. Additionally, several crossword puzzles were left out on your desk.  Per policy and previous conversations, both items are strictly prohibited.

See Attach<sup>m</sup>



WSD 7.26 (rev. 3)
Attachment A
Page 19 of 20

## EMPLOYEE GRIEVANCE

An employee who wishes to file a complaint must complete this form in its entirety and submit the completed form to the WSD grievance coordinator in accordance with procedures established in WBP-7.26, "Employee Grievance Procedures." All complaints will be processed in accordance with board policy.

Use of WSD or state resources is strictly prohibited. WSD resources shall only be used to prepare for a grievance meeting after the grievant has been notified that a meeting has been scheduled. However, preparation shall not impact classroom instruction.

| Date of Alleged Incident: June 17 & 20, 2022 | |
|---|---|
| **Grievant Name:** Even Thomas | **Unit of Assignment:** Gist |
| **Supervisor:** Dr. Colon Taylor | **Position of Assignment:** Teacher |

You may elect to identify a representative when the grievance is initially submitted or when submitting a rejection to level one or two response. If you fail to identify a representative when this form is submitted, a representative shall not be allowed to attend a grievance meeting. Once you have identified a representative, you shall not be allowed to identify a different representative.

**Representative or Organization:**

Address/Telephone:

Witnesses are individuals who have firsthand knowledge of the events being grieved.

| **Witness:** | **Witness:** My two Classes |
|---|---|
| Position: Mrs King | Position: |

The complaint, adverse effect and requested relief must be summarized, clearly stated, and legibly written or typed in the appropriate spaces below or on an attached sheet. If you describe a complaint, adverse affect, or requested relief on a separate attachment, write "see attachment" in each appropriate space below.

**Complaint:** Be specific. Must pertain to one individual. Must be in relation to an event that has already occurred.

On June 17, 2022 a student walk out my classroom without permission Dr. Taylor did not have time to address the student. He directed the student to Dr. Thomas. I knock on Dr. Thomas Door and she yelled and talk down to me infront of the student. I file a complain in the Warden office about 12:30 then I went home sick.

**Adverse Action:** Explain how the action or issue adversely affected or interfered with an employment related matter.

At 4:27pm on June 17, 2022 Dr. Taylor retaliated against me because I wrote a complaint on Dr. Thomas in the Warden office See Attach. On June the 20th Dr. Taylor came in my room an humililiated me infront of Mrs King and the students by taking items out of their folder. Mrs King said if he did that to her she would cry and quit

**Requested Relief or Remedy:** State the specific corrective action or remedy you are requesting. The corrective action shall be within the authority of the WSD to grant and shall not include a request for another employee to be disciplined.

Can the harrassment stop. Can I move to Labtance like Mrs Jones did because he did the same thing to her, but that no fair to Principal Brown not to be able to choose her own people and to take his because he do not know his

| **Employee Signature:** Even Thomas | **Date:** June 26, 2022 |
|---|---|

## Fw: Fact-Finding Statement Needed

$K k 2$

From:  Even Thomas (even.thomas@wsdtx.org)

To:     juneboyiii@yahoo.com

Date:  Tuesday, June 21, 2022, 06:20 AM CDT

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 4:27 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

This morning, at approximately 10:50 am, an unauthorized DVD was found playing in your classroom. Additionally, several crossword puzzles were left out on your desk. Per policy and previous conversations, both items are strictly prohibited.

By close of business on Monday (6/20), provide a **written and signed statement (in IOC format)** explaining why an unauthorized DVD and crossword puzzles are in your classroom.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext. 2179
Stiles:(409) 722-5255 Ext. 3333
State Cell: (936) 577-8263


Thomas Unauthorized DVD.jpg
3MB

By close of business on Monday (6/20), provide a **written and signed statement (in IOC format)** explaining why an unauthorized DVD and crossword puzzles are in your classroom.

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext. 2179

Stiles:(409) 722-5255 Ext. 3333

State Cell: (936) 577-8263

Fw: Dr. Linley's Pre-Inspection Walkthrough

KK4

From: Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date:  Wednesday, May 18, 2022, 08:50 AM CDT

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, April 29, 2022 7:30 AM
**To:** Gist Education Staff - SE Area <bj@wsdtx.org>; Stiles Education Staff - SE Area <st@wsdtx.org>
**Subject:** Fwd: Dr. Linley's Pre-Inspection Walkthrough

Teachers: Add submission of weekly lesson plans to this list

Respectfully,
Dr. Taylor
Get Outlook for iOS

---

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, April 29, 2022 5:09 AM
**To:** Gist Education Staff - SE Area <bj@wsdtx.org>; Stiles Education Staff - SE Area <st@wsdtx.org>
**Subject:** Dr. Linley's Pre-Inspection Walkthrough

Happy Friday, Team:

Below is a list of items (in no particular order) that Dr. Linley and I observed/discussed during his visit yesterday. Be advised, he'll return in a few weeks to ensure all items have been addressed prior to our Operational Review Audit next month.

Items to be immediately corrected
-Working hours...one start/stop time per shift (exception is Admin Assistants) effective 16 May per Superintendent Hartman
-Noticeable trend of staff signing in after shift has started (Be on time!)
-Remove all COVID capacity restriction signs
-Remove any item with the word "Offender" on it
-Remove photos of students with masks not properly worn
-Remove photos of students "throwing up" gang signs
-Update all paperwork with old Warden and/or old Principal signatures
-Librarians need to make a center or section with career-oriented books
-Librarians need to secure  random items or books not on shelves at the end of the day (If it's a working area for SSIs, section off that area from other residents)
-In library ensure residents have access  to periodicals and magazines
-Librarians must ensure audit items are accessible while you are at your conference
-Open market requisition for HVAC unit at Stiles needs be completed ASAP
-Testing Specialist must move to correct office at Gist
-Unsecured locks on desk drawers observed
-Egress procedures (Teacher (not security) must dismiss students and step outside the room first)
-Unable to access tools at Stiles
-Warning about coloring activities in Academic classes
- Unit rosters do not match position teachers are hired for on attendance records
-Incoming/EA testing way behind on both campuses (Consider doubling number of students on lay-ins and conducting school-wide testing to catch up. Document all efforts in IEIMS)
-All trainings/Security training needs to be uploaded in Staff Development Application
-Water cooler should not be  in library when temp is not 90 degrees outside
-TTESS evaluations missing

Good things
-Overall cleanliness
-CTech poster (Can we get one for Dr. Linley?)
-Bulletin boards look great
-Feels like a school when you walk in
-Thomas' observation in CHANGES class
-E-card catalog (library) is accessible to residents
-Sign in /sign out times on attendance rosters

I will be traveling most of the month of May. However, my expectation is each staff member will take corrective actions immediately.

If you have any questions, please let me know.

Respectfully

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist: (409) 727-8400 Ext. 2179

Stiles: (409) 722-5255 Ext. 3333

State Cell: (936) 577-8263

Get Outlook for iOS

KKb

*More Harrasment*
*More Retaliction*

## Fwd: Denied Leave Request

From: Colon Taylor (colon.taylor@wsdtx.org)

To:     juneboyiii@yahoo.com

Date:   Sunday, June 26, 2022 at 10:44 PM CDT

Forwarding

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext.2179

Stiles:(409) 722-5255 Ext. 3333

State Cell:(936) 577-8263

Get Outlook for iOS

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Sunday, June 26, 2022 10:21 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Denied Leave Request

# 10:04

.ıl LTE ⚡







Even >

Today 6:29 PM

Will need a personal day tomorrow to do blood and the dentist

Today 9:10 PM

What time are your appointments?

I'll expect you to be at work unless you can produce proof of lab and dental appointments for tomorrow.

I left a voicemail asking to discuss your appointments. At this time, your request for a leave of absence

for 6/27 is denied.

Delivered

Get Outlook for iOS

Good evening, Mr. Thomas:

Be advised, your leave request received this evening to be off tomorrow for 8 hours is not approved at this time.  However, I am willing to work with you to ensure you have sufficient time to take care of your medical needs.  Once you receive this email, please reach out to me to discuss other options.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext. 2179
Stiles:(409) 722-5255 Ext. 3333
State Cell:(936) 577-8263

Be advised, your leave request received this evening to be off tomorrow for 8 hours is not approved at this time.  However, I am willing to work with you to ensure you have sufficient time to take care of your medical needs.  Once you receive this email, please reach out to me to discuss other options.

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext. 2179

Stiles:(409) 722-5255 Ext. 3333

State Cell:(936) 577-8263



## Re: Denied Leave Request

From: EVEN THOMAS (juneboyiii@yahoo.com)

To:  colon.taylor@wsdtx.org

Date:  Monday, June 27, 2022 at 12:29 AM CDT


That is fine. I am a adult not a child and not an inmate what time I go take care of my medical business is mine. So I will not be coming in. I informed you of that so see you when I get back to work... Even

On Sunday, June 26, 2022 at 10:44:36 PM CDT, Colon Taylor <colon.taylor@wsdtx.org> wrote:

Forwarding

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext.2179

Stiles:(409) 722-5255 Ext. 3333

State Cell:(936) 577-8263

Get Outlook for iOS

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Sunday, June 26, 2022 10:21 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Denied Leave Request

Get Outlook for iOS

Good evening, Mr. Thomas:



Attachment
1

WSD 7.26 (rev. 3)
Attachment A
Page 19 of 20

## EMPLOYEE GRIEVANCE

An employee who wishes to file a complaint must complete this form in its entirety and submit the completed form to the WSD grievance coordinator in accordance with procedures established in WBP-7.26, "Employee Grievance Procedures." All complaints will be processed in accordance with board policy.

Use of WSD or state resources is strictly prohibited. WSD resources shall only be used to prepare for a grievance meeting after the grievant has been notified that a meeting has been scheduled. However, preparation shall not impact classroom instruction.

| **Date of Alleged Incident:** June 17 & 20-2022 | |
|---|---|
| **Grievant Name:** Even Thomas | **Unit of Assignment:** Gist |
| **Supervisor:** Dr Angela Thomas | **Position of Assignment:** Teacher |
| You may elect to identify a representative when the grievance is initially submitted or when submitting a rejection to level one or two response. If you fail to identify a representative when this form is submitted, a representative shall not be allowed to attend a grievance meeting. Once you have identified a representative, you shall not be allowed to identify a different representative. | |
| **Representative or Organization:** | |
| Address/Telephone: | |
| Witnesses are individuals who have firsthand knowledge of the events being grieved. | |
| **Witness:** Mrs Parker  Position: | **Witness:** Mrs King  Position: |

The complaint, adverse effect and requested relief must be summarized, clearly stated, and legibly written or typed in the appropriate spaces below or on an attached sheet. If you describe a complaint, adverse affect, or requested relief on a separate attachment, write "see attachment" in each appropriate space below.

**Complaint:** Be specific. Must pertain to one individual. Must be in relation to an event that has already occurred.

I filed a complaint on Dr. Thomas in the warden office June 17, 2022 about 12:30. She yelled and talk down to me in front of a student. On June 20, 2022 she and Dr Taylor humiliated me in front of my morning class by taking paperwork out there folders. Also told Mrs Parker I beat my wife and telling student to tell on me she will do a favor for them.

**Adverse Action:** Explain how the action or issue adversely affected or interfered with an employment related matter.

She is trying to provoke me. She and Dr. Taylor are trying to get me fired. They going though my things. Student gave me this note see Attachment. Making the work environment hostile. I told my wife and she not happy.

**Requested Relief or Remedy:** State the specific corrective action or remedy you are requesting. The corrective action shall be within the authority of the WSD to grant and shall not include a request for another employee to be disciplined.

Keep her away from me. Send her back to Stiles but she is lying on people over there.

| **Employee Signature:** Even Thomas | **Date:** June 26, 2022 |
|---|---|

Fw: Fact-Finding Statement Needed

From: Even Thomas (even.thomas@wsdtx.org)

To:    juneboyiii@yahoo.com

Date: Wednesday, June 22, 2022 at 06:36 AM CDT

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:40 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

I need a copy of my complaint I wrote in the Warden conferance room on Friday on Dr. Thomas so I can report it to your superiors... Even

**From:** Even Thomas <Even.Thomas@wsdtx.org>
**Sent:** Tuesday, June 21, 2022 6:31 AM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Fact-Finding Statement Needed

At 10:50 am I was at lunch so why are you in my classroom going though my things without me be present so I can give you an answer. You are just getting back at me for writing against Dr. Thomas because you type this at 4:27 p.m. Friday. I have been given the puzzle since I started working here I got them from Mr. Breaux and we give it to the students after all the work is done. It was on my desk because Mr Breaux gave me the puzzles and the C D s before leaving. I auditor went though all my material and found nothing wrong with what I am doing but you cannot say the same thing so I hope the harrassment stops... Even

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Friday, June 17, 2022 4:27 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Fact-Finding Statement Needed

Mr. Thomas:

This morning, at approximately 10:50 am, an unauthorized DVD was found playing in your classroom. Additionally, several crossword puzzles were left out on your desk. Per policy and previous conversations, both items are strictly prohibited.

Student gave this to me

LL2

The female Dr is putting
a Bad name on you Shit like
you fighting your wife etc.

Student gave me this

That's in your second class
watch out for Her She's a SNAKE
bet your I's cross your I's

CL3

55

off my belt keys and wallet this time the male correctional officer is present this time, he goes through my things and he patted me down I put my shoes back on and belt and gathered my things then started walking back through security then a female correctional officer got off the telephone and said that the Warden said for me to wait in the lobby so I sat down in the lobby near the Warden's office so I'm waiting for the Warden, to come, early this month I was asked to bring the Warden his cell phone because he forgot it and he needed it because he was in the unit as I am sitting there a younger Caucasian man ask me if I am Mr. Thomas and I said I am and you are and he did not answer me he directed me to come to the office in the back office he ask me what's going on he called me **Bud** not Mr. Thomas I told him what I wrote on IOS and my statement you reading now then he said give me your state ID **Bud**, I did, then he gave me a paper to fill out I say to him I don't have my glasses which he did not allow me to go to my classroom get so they gave me some readers from one of the ladies in the office I asked him who do I address the IOC to and he said the Warden which I did. I wrote IOC then he said to make a copy and the secretary did and gave him one and I had the other so I went back in his office he gave me my state ID back and told me that I am to come back to his unit Windham will get in touch with me I ask about getting my glasses jacket and other personal items and he said no.  I got up started walking out then when I reached the secretary desk my supervisor walked in Dr. Taylor he asked me what's going on I told him they said I did not get pat down then he asked how far I got I told him by the gate to the cleaners then he said you got through the Sallyport I said yes so I started to walk out I told Dr. Taylor I was directed to leave he said you work for Windham and he told Warden that the upper administration told him for me to stay until further notice the Warden said OK. DR. Taylor walked away on his phone then the Warden stepped out and asked the male correctional officer did I refuse to be patted down and the young correctional officer said yes like he was afraid I continue to sit in the office talking to the secretary and the secretary of relief personnel. The Assistant Warden made his decision within 5 minutes that I am not allowed back on the Gist campus. In 5 minutes, he did not do an investigation or look at surveillance cameras denying me due process. Then about 10 minutes to two the Assistant Warden directed me back to the office he called Windham, Ms. Calhoun answer the telephone he had us on speaker she asked him to take off the speakerphone which he did and gave the phone to me she asked me if I wrote my statement I

told her I did she said to keep a copy then she said I was suspended with pay and to leave the unit I said OK and gave the Warden his phone back I left the campus I followed all the directions that was given to me.

In conclusion, I consented to 3 pat downs that day only one was not done because the male officer was not at his duty post, the other 2 times there was an officer on their post. The surveillance camera will show this, so I am not guilty of not consenting, I pray WSD do an investigation and not take the word of the Assistant Warden who rush judgement on me. The surveillance footage will match what I am saying

*Attachment 55*

To: Superintendent Kristina J Hartman, Ed. S

From: Even Thomas, M. ED

Re: Proposed Termination based on Consent to pat down

Date: September 27, 2022


On September 9th, 2022, about 11:20 AM I enter the Larry Gist campus once entering I took off my shoes, belt, wallet, and keys and put them in the black container like I always do. I walked through the metal detector then spread my arms and assume the position to be pat search there was only a female correctional officer at her assigned security post, she went through my belongings. The practice at Larry Gist campus has been if there is only a female correctional officer, she goes through your belongings then you continue through the security process and if there is only male officer, he goes through her belongings then she can continue through the security process. I explain this to the female correctional officer she seems even more confused then she leaves her assigned security post to go look for the male correctional officer now at this point there is no one covering the assigned security post prisoners can walk off of the Larry Gist campus drugs could come in and no one is on their duty post so I waited for her watching out that no one comes in or no one leaves the campus at that time so after a few minutes later the female officer looking more confused said she could not find him and she don't know where he is I was willing to let her pat me because safety is very important I told her about the practice and she said OK because she felt she could not pat me I started to put my shoes on which I did I put my wallet and my keys back in my pocket then proceeded to putting my belt back on in the middle of putting my back belt back on a young man came running out that he is back I said I have put my shoes in my things on then he said that I can go I then walked to the Sally port and present my state ID the female officer unlocked the steel door and allowed me in I walk in then she opened the second steel door then allowing it to walk to the fence gate and she opened the door for me to go through I continue to walk through the bowling alley then I come to the gate near the cleaners and a correctional officer said to me hey Mr. Thomas they need you back through security I said OK and walked back through security I go through the gates back to the front of the campus I take off my shoes again take

The move follows an expanded mandate by a federal court requiring CDCR officers to wear body cameras after a lawsuit revealed that corrections officers at Richard J. Donovan Correctional Facility in San Diego physically assaulted inmates with disabilities.

In July, Governor Gavin Newsom signed a state budget that included $90.6 million to install fixed security cameras and body cameras at a total of six state prisons.

I believe that the implementation of body cameras and security cameras can be an asset to both staff and inmates in prison systems.

Knowing that there are cameras could help inmates be more conscious of their daily conduct behind prison walls. The visual proof of interactions between inmates and prison staff could prevent inmates from being falsely accused of misconduct they did not commit and could make the prison population, particularly those who are mentally ill, feel secure and less fearful of abuse and assault at the hands of staff.

The installation of body and security cameras could also discourage or prevent staff from taking inappropriate action against inmates.

Property loss, an ongoing problem, particularly for inmates with mental illness, might be less of a problem with cameras recording interactions, too. Inmates, who get moved to crisis beds because of their suicidal thoughts often lose their property, which might get lost in the shuffle or stolen if left unattended (incidentally, general population inmates also lose their property often when they are moved).

I estimate that about 100 correctional officers from SATF-CSP, Corcoran and CSP-Corcoran prisons have quit coming to work in protest of having to wear body cameras. Overall, I believe that the cameras are there to protect everyone's safety and the integrity of the prisons.

(Additional reporting by PJP Team)

© 2023 Prison Journalism Project. All rights reserved.
Proudly powered by Newspack by Automattic

**PJP**  PRISON JOURNALISM PROJECT

OPINION

# Cameras in State Prisons Protect Incarcerated Persons, Staff

*Recent efforts to better monitor state prisons helps incarcerated persons have peace of mind*


by TUE KHA
January 25, 2022



Photo by Oleksandr_UA on Depositphotos.com

Recently, the Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran), where I reside, and California State Prison-Corcoran (CSP-Corcoran) both implemented the use of body cameras and security cameras.

Though the California Department of Corrections and Rehabilitation (CDCR) has had security cameras installed on its buses for some time, correctional officers at both SATF-CSP, Corcoran and CSP-Corcoran started wearing body cameras in August 2021. Both facilities installed additional security cameras in their buildings in October.

RR 3

At the same time, staff members – especially those who become romantically involved with inmates – may, over time, begin to view inmates as legitimate sexual partners. There's a normalizing effect that takes place. With the right amount of inmate encouragement, coupled with lax supervisors, some correctional employees may come to see their work environment as nightclubs or places to flirt with members of the opposite sex, rather than facilities that warehouse dangerous criminals.

### 'I was caught up in the fantasy'

It's extremely unlikely that Joyce Mitchell took up employment in the Clinton Correctional Facility in order to have sexual liaisons with inmates, help them escape and use them as pawns in a murder plot. Rather, the inmates she helped – Richard Matt and David Sweat – were adept inmate manipulators.

In her confession, Mitchell stated, "I was caught up in the fantasy...I enjoyed the attention, the feeling both of them gave me, and the thought of a different life."

Clearly, both men perceived that Mitchell was lonely and unhappy in her personal life. They used both charm and flattery to convince her to cross over that sacrosanct border between correctional employee and inmate. It's amazing that Mitchell even considered abandoning her husband to go on the lam with two violent convicted murderers. This, indeed, illustrates the power that some inmates hold over their captors.

Even though our nation's prisons are filled with inmate manipulators, this in no way excuses the behavior of deviant correctional employees, such as Joyce Mitchell. It does, however, help us understand how inappropriate relationships are able to flourish, in spite of strong, organizational cultural norms that discourage familiarity between staff and offenders.

"We like single, older women who are basically tossed out and nasty," he said, before claiming that women who are neglected in the "free world" will be "worshiped" by inmates.

I also spoke with Philip, an HIV-positive prisoner. Philip casually described having unprotected sex with a female correctional employee on several occasions. He explained that the staff member had recently gone through a nasty divorce and was lonely and vulnerable. He even bragged that she would have brought in a weapon for him if he'd requested one.

## Money to be made

Approximately 93% of the inmates who are incarcerated within the United States are males. In male facilities, when inappropriate relationships occur, it's often the inmate who initiates the inappropriate relationship.

While the majority of the inmates whom I've interviewed established inappropriate relationships with female correctional employees, it should be noted that some male prison staff also cross the line with inmates.

One inmate, Richard, gleefully told me that tobacco-free prison policies create the opportunity for a black market, with correctional officers playing a key role.

"There's a lot of money for bosses [correctional officers] to make," he said. "Bosses can get rich if they deal tobacco and nothing else. Some bosses make more money from selling cigarettes than they do from their monthly paycheck."

## Time on their side

To help people truly understand the dynamics of inappropriate relationships, I find the metaphor of fishing is often quite useful. Inmates will use a lot of different lures and types of bait to entice staff members into having inappropriate relationships. Often nothing comes of it. But sometimes, it works.

I once had an inmate named Felix describe how he liked to give correctional employees little gifts like food, in an attempt to cultivate a relationship that could possibly lead to "all kinds of things."

"Sometimes they take it and sometimes they don't," he continued. "When they do, it's like a fish on a hook. You just got to reel them in slow. It takes patience. Hey all I got is time, man, so time is on my side."

Over the course of months – even years – many inmates learn the habits, mannerisms, likes and dislikes of the staff. And skilled inmate manipulators are extraordinarily adept at convincing correctional employees that they're in no physical danger and won't be endangering anyone else by having sex or sneaking in contraband.

In an attempt to ameliorate this problem, virtually every employee who is hired to work in a prison or jail must go through some type of pre-service training. The trainings are essentially designed to indoctrinate staff into a "custodial mindset," a philosophy that legitimizes and enforces boundaries between prisoners and employees.



Nevertheless, in spite of this training, not all correctional employees respect boundaries; some repeatedly cross the line with the very inmates they're paid to supervise.

Over the past several years, I've gone to great lengths to ascertain how inappropriate staff–inmate relationships unfold: I've interviewed inmates who have been successful in establishing these relationships, and I've also administered anonymous self-report surveys to both inmates and correctional employees.

It's evident that some inmates are extremely adept at being able to identify vulnerable prison staffers. After subtly feeling out a target, they're often relentless in their pursuit of inappropriate relationships with these employees. With nothing but time to pass, a skilled inmate manipulator will make every attempt to turn even the most dedicated correctional employee into a deviant one.

## Homing in on a target

I once interviewed Tommy, an inmate incarcerated at a prison facility in the southwestern United States. He told me he preferred to target female correctional employees who were sexually frustrated or in an unhappy relationship. He also pursued women who'd been victims of domestic violence.

For roughly two years, Tommy had a series of inappropriate relationships with female staff members that went undetected. He was able to convince multiple female staff members to smuggle tobacco into the facility, which he would then sell to other inmates at a hefty profit. He also admitted to having had a number of sexual trysts with at least two female correctional officers.

However, his luck ran out when another inmate reported that Tommy was having sex with a female kitchen employee.

Asked how this relationship began, Tommy explained:

> *I was the one who broke the ice. I just started talking to this female kitchen boss and acting real friendly like. She was married but said her husband didn't have sex with her and was always cheating on her. It started out just like when you go to a bar. She talked, and I just listened. Soon we began flirting more and more. We'd go to the storeroom where she could lock the doors to give us privacy.*

Some inmates have told me that they prefer to establish inappropriate relationships with staff members who they perceive as unattractive, overweight or sexually frustrated.

One inmate, Oscar, explained to me that these types of employees are easy to control and manipulate.

# THE C⊙NVERSATION

Academic rigor, journalistic flair



Joyce Mitchell appears in court in Plattsburgh, New York on July 28 2015. Reuters

## Fishing for favors: how inmates lure prison staffers

Published: July 31, 2015 6.48am EDT

**Robert Worley**
Associate Professor of Criminal Justice, Lamar University

New York Clinton Correctional Facility employee Joyce Mitchell – who engaged in a sexual relationship with an inmate and helped him and a second prisoner stage a dramatic escape – ended up pleading guilty earlier this week.

Before this gripping story made national headlines, the idea of correctional employees smuggling dangerous contraband into prisons or having sexual relationships with inmates may have seemed more grounded in the world of fiction than in reality.

However, inappropriate relationships occur with surprising regularity in day-to-day prison operations – a fact supported by research and also acknowledged by those who work within correctional facilities. These types of interactions between inmates and prison employees are consensual, almost always illegal and usually involve some sort of economic or sexual transaction.

RE: Proposed Suspension Without

*Attachment*
*P.P.*

From:   Even Thomas (even.thomas@wsdtx.org)

To:     kristina.hartman@wsdtx.org

Cc:     stephine.crabb@wsdtx.org; jon.lilley@wsdtx.org; kimberly.calhoun@wsdtx.org; colon.taylor@wsdtx.org; juneboyiii@yahoo.com

Date:   Wednesday, August 31, 2022 at 07:30 AM CDT

Wednesday, August 31, 2022

RE: Proposed Suspension Without

Mrs. Harman;

In response to the latter dated on August 24, 2022 and I received on Tuesday, August 30, 2022, in regards to "Proposed Suspension Without," I am writing/requesting a hearing for a purpose of an appeal.

Dr. Taylor denied me to be off on personal leave, I had an emergency unplanned Dr's visit in which I e-mail a doctor's excuse letter to Michelle Harris.

Please see attached e-mails

Even Thomas
Larry Gist (097-BJ)

**<From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Sunday, June 26, 2022 10:21 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Denied Leave Request

Fact-finding Statement Needed

From:  Colon Taylor (colon.taylor@wsdtx.org)

To:    even.thomas@wsdtx.org; juneboyiii@yahoo.com

Date:  Tuesday, August 30, 2022 at 08:45 AM CDT

Mr. Thomas:

This morning, students began entering the education building at 7:29am.  At 7:50am, I entered your CHANGES classroom and asked to see your attendance roster given more than 50% of your students were in the classroom at that time.  Upon looking at your attendance roster, I observed **no times** had been recorded on your yellow sticky. Per policy, you must record the time each student enters the classroom.

By the close of business tomorrow (Wednesday), provide me with a written statement explaining why you are not recording the time each of your students enter the classroom.


Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist: (409) 727-8400 Ext.2179

Stiles: (409) 722-5255 Ext. 3333

State Cell: (936) 577-8263

## Fact-Finding Statement Needed

From:  Colon Taylor (colon.taylor@wsdtx.org)

To:      even.thomas@wsdtx.org; juneboyiii@yahoo.com

Date:  Thursday, August 25, 2022 at 09:06 AM CDT

*Attach ment NW*

Good morning, Mr. Thomas:

On 7/19/2022 at 5:10am, you texted the following responses to me:

"Personal and no i have not called a sub that's not my job" and "I am off please stop harassing me on my day thanks this is an administrative job not my responsibility to cover classes".

Your responses were not appropriate; therefore, a fact-finding investigation is warranted.

By the end of the school day tomorrow (Friday), provide a **written statement** explaining why you responded to me (i.e. your supervisor) in that manner.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext.2179
Stiles:(409) 722-5255 Ext. 3333
State Cell :(936) 577-8263

Get Outlook for iOS

mm9

# **EXCUSE SLIP**

LUMBERTON DENTAL CENTER
120 COUNTRY LANE DRIVE
P.O. BOX 8239
LUMBERTON, TX 77657
TELEPHONE (409) 755-4444

Date 6|27|22

This is to certify that

Even Thomas

has had an appointment at this office for
professional attention on 6.27.22
(DATE)

at 8:20 o'clock.

Please excuse this absence. Due to a dental
procedure - patient can return to
work 6|29|22. Dr. _____ DDS

PATTERSON #071-2057

On Monday, June 27, 2022, 5:46 PM, Colon Taylor <Colon.Taylor@wsdtx.org> wrote:

Message received

Get Outlook for iOS

MM ?

**From:** EVEN THOMAS <juneboyiii@yahoo.com>
**Sent:** Monday, June 27, 2022 4:48:51 PM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Denied Leave Request

Sick

Sent from Yahoo Mail for iPhone

On Monday, June 27, 2022, 4:10 PM, Colon Taylor <Colon.Taylor@wsdtx.org> wrote:

For what reason? Personal? Sick? I will need documentation given you have been off work since Friday.

Give me a call to discuss on state cell.

Dr. Taylor
936.577.8263

Get Outlook for iOS

**From:** EVEN THOMAS <juneboyiii@yahoo.com>
**Sent:** Monday, June 27, 2022 3:45 PM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Denied Leave Request

Will have to be off again tomorrow  Even

Sent from Yahoo Mail for iPhone

On Monday, June 27, 2022, 12:29 AM, EVEN THOMAS <juneboyiii@yahoo.com> wrote:

That is fine. I am a adult not a child and not an inmate what time I go take care of my medical business is mine. So I will not be coming in. I informed you of that so see you when I get back to work... Even

On Sunday, June 26, 2022 at 10:44:36 PM CDT, Colon Taylor <colon.taylor@wsdtx.org> wrote:

Forwarding

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext.2179
Stiles:(409) 722-5255 Ext. 3333
State Cell:(936) 577-8263



**10:04**

ET

Even >

Today 6:29 PM

Will need a personal day tomorrow
to do blood and the dentist

Today 9:10 PM

What time are your appointments?

I'll expect you to be at work unless
you can produce proof of lab and
dental appointments for tomorrow.

I left a voicemail asking to discuss
your appointments. At this time,
your request for a leave of absence
for 6/27 is denied.

Delivered

Get Outlook for iOS

Good evening, Mr. Thomas:

## Fwd: Denied Leave Request

From: Colon Taylor (colon.taylor@wsdtx.org)

To:     juneboyiii@yahoo.com

Date:  Sunday, June 26, 2022 at 10:44 PM CDT

Forwarding

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext.2179
Stiles:(409) 722-5255 Ext. 3333
State Cell:(936) 577-8263

Get Outlook for iOS

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Sunday, June 26, 2022 10:21 PM
**To:** Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Denied Leave Request

Be advised, your leave request received this evening to be off tomorrow for 8 hours is not approved at this time. However, I am willing to work with you to ensure you have sufficient time to take care of your medical needs. Once you receive this email, please reach out to me to discuss other options.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext. 2179
Stiles:(409) 722-5255 Ext. 3333
State Cell:(936) 577-8263

Fw: Denied Leave Request

From:  EVEN THOMAS (juneboyiii@yahoo.com)

To:    even.thomas@wsdtx.org

Date:  Tuesday, August 30, 2022 at 08:50 PM CDT

M M 3

----- Forwarded Message -----
**From:** EVEN THOMAS <juneboyiii@yahoo.com>
**To:** Colon Taylor <colon.taylor@wsdtx.org>
**Sent:** Tuesday, July 19, 2022 at 04:28:34 AM CDT
**Subject:** Re: Denied Leave Request

I am not going to be able to make it to work today taking the day off, Even

Sent from Yahoo Mail for iPhone

On Tuesday, June 28, 2022, 5:01 PM, Colon Taylor <Colon.Taylor@wsdtx.org> wrote:

Sorry you are not feeling well, Mr. Thomas.  Please provide a doctor's note upon return and contact Michelle Harris in HR (936.291.5132) for guidance about FMLA options.

Respectfully,
Dr. Colon Taylor, III
Principal
Gist & Stiles Campuses
Windham School District
Gist:(409) 727-8400 Ext.2179
Stiles:(409) 722-5255 Ext. 3333
State Cell:(936) 577-8263

**From:** EVEN THOMAS <juneboyiii@yahoo.com>
**Sent:** Tuesday, June 28, 2022 4:18 PM
**To:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Subject:** Re: Denied Leave Request

Mouth still hurts bleeding and swollen will not be able to come in tomorrow. Even

Sent from Yahoo Mail for iPhone

Fwd: Absences Due to Undisclosed Medical Condition

From: Colon Taylor (colon.taylor@wsdtx.org)

To:     even.thomas@wsdtx.org; juneboyiii@yahoo.com

Date: Wednesday, June 29, 2022 at 05:48 AM CDT

FYI

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext.2179

Stiles:(409) 722-5255 Ext. 3333

State Cell:(936) 577-8263

Get Outlook for iOS

**From:** Colon Taylor <Colon.Taylor@wsdtx.org>
**Sent:** Wednesday, June 29, 2022 5:36 AM
**To:** Michelle Harris <Michelle.Harris@wsdtx.org>
**Cc:** Kimberly Calhoun <kimberly.calhoun@wsdtx.org>
**Subject:** Absences Due to Undisclosed Medical Condition

Good morning, Ms. Harris:

Mr. Even Thomas (Emp# 13709) has been absent from duty since last Friday with an undisclosed medical condition. Yesterday, I asked him to provide a doctor's note upon return to work and to contact HR to discuss possible FMLA/LOAFTD options. If you would, please reach out to him for assistance.

Respectfully,

Dr. Colon Taylor, III

Principal

Gist & Stiles Campuses

Windham School District

Gist:(409) 727-8400 Ext.2179

Stiles:(409) 722-5255 Ext. 3333

State Cell:(936) 577-8263

Get Outlook for iOS

## Fw: Off work

From:  Michelle Harris (michelle.harris@wsdtx.org)

To:    juneboyiii@yahoo.com

Cc:    colon.taylor@wsdtx.org

Date:  Wednesday, June 29, 2022 at 09:43 AM CDT

Cleared to return to work.

*Michelle Harris*
*HRO III Benefits Coordinator*
*Human Resources*
*Windham School District*
*P:936-291-5132*
*F:936-291-4622*
*www.wsdtx.org*

The information contained in this electronic mail and attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email may not be forwarded outside the "Windham School District / Texas Department of Criminal Justice" without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

---

**From:** EVEN THOMAS <juneboyiii@yahoo.com>
**Sent:** Wednesday, June 29, 2022 8:47 AM
**To:** Michelle Harris <Michelle.Harris@wsdtx.org>
**Subject:** Re: Off work

Excuse slip from dentist.  Note still having pain from procedure

On Wednesday, June 29, 2022 at 08:24:59 AM CDT, EVEN THOMAS <juneboyiii@yahoo.com> wrote:

No the dentist

Sent from Yahoo Mail for iPhone

On Wednesday, June 29, 2022, 7:51 AM, Michelle Harris <Michelle.Harris@wsdtx.org> wrote:

COVID Related?  I will need your doctor statment before you return to work.

*Michelle Harris*
*HRO III Benefits Coordinator*
*Human Resources*
*Windham School District*
*P:936-291-5132*
*F:936-291-4622*
*www.wsdtx.org*

The information contained in this electronic mail and attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email may not be forwarded outside the "Windham School District / Texas Department of Criminal Justice" without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

Attachment

**From:** EVEN THOMAS <juneboyiii@yahoo.com>
**Sent:** Wednesday, June 29, 2022 7:39 AM
**To:** Michelle Harris <Michelle.Harris@wsdtx.org>; Even Thomas <Even.Thomas@wsdtx.org>
**Subject:** Re: Off work

Been our sick will bring a doctor note when I get back tomorrow Even

Sent from Yahoo Mail for iPhone

On Wednesday, June 29, 2022, 7:32 AM, Michelle Harris <Michelle.Harris@wsdtx.org> wrote:

Good morning,

It is my understanding you have not been at work since last Friday. Please let me know why you have been out.

*Michelle Harris*
*HRO III Benefits Coordinator*
*Human Resources*
*Windham School District*
*P:936-291-5132*
*F:936-291-4622*
*www.wsdtx.org*

The information contained in this electronic mail and attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email may not be forwarded outside the "Windham School District / Texas Department of Criminal Justice" without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

2022-06-29_084203excuse slip.pdf
44.5kB

LL4

 Fax - History Log

06/27/2022 8:01 AM CDT - Export Time

| Start Time | Complete Time | Status | To Name | To Number | Cover Included |
|---|---|---|---|---|---|
| 7:46 AM CDT, 06/27/2022 | 7:56 AM CDT, 06/27/2022 | Delivered | Issac Debose | +1 (936) 436-4031 | No |
| From Name | From Org Name | From Phone | From Fax | From Email | Total # of Pages |
| Even Thomas / Gist Unit | | +1 (409) 932-3836 | | juneboyiii@yahoo.com | 11 Pages |

1. The reason Windham School District say I was fired**.  see attachment A**

2. Texas workforce Commission said I did nothing wrong. **see attachment B.**

3. Rhonda Parker school counselor treated better than me Ms. Parker violated excerpt from **PD- 22-42-A-D**. **see Attachment C, D.** Ms. Parker is living with the ex-felon from the Gist Unit and his 24-year-old and 6 year old daughters. She was removed from the Gist Unit in June of 2022 to the Stiles Unit there she violated PD-22-47-48.  She refused to take a drug rest and she was allowed to keep her job. **See Attachment E**. She told me that her pain medication will cause a negative effect, so she refused.  Now her ex con boyfriend showed her how to get a false positive result.  Ms. Parker was allowed to come back in July, once she got back, she got an African American inmate arrested and lost his chance to go home.  She said he wrote her a letter saying his private was 10 inches.  She said she almost ask to see it to see if it is true. Ms. Parker is still at Gist as the school counselor.

4. On August 3, 2022, about 10:52 am, I called the WSD ethics telephone line about the Principal Taylor stealing time from work. **See Attachment F.** I was on the phone call for 18 minutes.  On September 9, 2022, Principal Taylor was in the parking lot, and I observed him driving off turning left from the Gist Unit.  He was not at work he was using company time to move out of his house, When he came back to see what was going on with me his

supervisor told him to cover my class but he said he couldn't because he had the movers out his house,  Principal Taylor also did not follow the procedure for our TTESS evaluations according to T. E. A. and he stayed in my classroom for only 15 minutes.  **See Attachment G.** Also, he directed the staff to call his wife if we cannot get in touch with him, he wrote on the chalk board Rachel Taylor phone number 817-980-2234 she is not an employee of Windham

5. On September 9, 2022, Darrell Frith, Assistant Warden of the Gist Unit, falsification of the official investigation **See Attachment H and H1 and PD-22, 10**.  Which is violation TDCJ rules The Assistant Warden failed to identify himself to me and he called me **BUD** and told me I was not allowed back in his prison again.  One of the teachers informed me that Mr. Frith said he does not care what Windham do but I will never come to his prison again.  I text Principal Taylor on September 10,2022 at 6:10 pm.  **See Attachment I.**

6. Warden Danheim directive that I cannot enter the education building.  **see attachment J.,** but Ms. Parker who starts relationship with inmates at the Gist unit is allowed to go in the education building and the former inmate can come pick her up from the Gist unit warden Danheim has a problem because I am a protected class Mrs. Parker is white and the former inmate is white Warden Danheim it's in violation of PD- 22 -53.

7. Superintendent Khristina J Hartman terminated my employment on October the 7th 2022, I was not afforded due process on October 4, 2022, I do not have a tape of the hearing. **see attachment K,** which Mario cotton wrote which is a violation of PD –22-10 falsification of record and the tape show it's lie. Ms. Hartman fired me for discrimination reasons. On September 16, 2022, at 7:13 am a little more than three hours at 11:02 am she emailed wants to terminate me **see attachment L and M.** Superintendent Hartman terminated me on October 7, 2022, but continues to use my teaching certificate to steal money from the state and federal government she stopped eight days later. **see attachment N and O**. In conclusion I have more information for the investigator if needed



# Windham School District

*Schools in the Texas Department of Criminal Justice*

September16, 2022

Even Thomas
6815 Broadleaf Drive
Beaumont, TX 77708

Re: Proposed Termination

Dear Mr. Thomas:

The District proposes that you be terminated for failure to cooperate with TDCJ security and consent to a pat search when entering the Gist campus. This behavior is incompatible with that of a professional educator.

Windham Board Policy 07.44 "Professional Standards of Conduct and Disciplinary Guidelines" provides a list of rule violations that may lead to disciplinary action, including termination of employment. This policy provides that the District may pursue any disciplinary action deemed appropriate. Your behavior violated the terms of your contract because you violated the following rules or policies:

1. WBP 7.44 F, 5, Failure to comply with the directives and policies of the TDCJ and the WSD.

2. TDCJ PD 22, 45, Failure to Submit to Search, an employee shall cooperate with TDCJ officials during the search of the employee's person or belongings while on state property. Upon entering state property or during routine inspections, an employee gives implied consent to the search of the employee's person or property

You have the opportunity to contest the termination in an informal hearing with the superintendent or designee prior to termination being imposed. This process is described in section IX of WBP-07.05 "Term Contract Employment." If you choose to have a hearing, you must notify my office in writing within ten (10) business days of receipt of this letter. The ten (10) day deadline will be strictly enforced.

You may choose to be represented in the hearing at your own expense. If you will be represented, you must provide my office written notification of the representative's name no less than five (5) working days prior to the hearing.

Sincerely,

Robert O'Banion on behalf of Kristina J. Hartman, Ed.S.
Superintendent

cc:     Robert O'Banion
        Jon Lilley
        Kimberly Calhoun

P.O. Box 40 • Huntsville, TX  77342-0040 • 936 291-5303



# Windham School District

*Schools in the Texas Department of Criminal Justice*

$A\,l$

October 07, 2022

Even Thomas
6815 Broadleaf Drive
Beaumont, TX 77708

Re: Termination

Dear Mr. Thomas:

In a letter dated September 16, 2022, I wrote that the District proposed that you be terminated. On October 04, 2022, my designee, Mario Cotton, conducted a hearing to afford you due process.

Based on my review of documentation during the hearing and the original report, I have determined it is in the best interest of the Windham School District that you be terminated from employment. This action is effective October 07, 2022.

Sincerely,

Kristina J. Hartman, Ed.S.
Superintendent

 

# Texas Workforce Commission
## Appeal Tribunal

### TWC Building
### Austin, Texas 78778
### 01-04-2023

Date Mailed

CLAIMANT:

EVEN THOMAS III
6815 BROADLEAF DR
BEAUMONT TX  77708-2334

| | |
|---|---|
| Appeal No. | 3430721-1-2 |
| S.S. No. | XXX-XX-8095 |
| I. C. Date | 10/09/2022 |
| Appeal Filed By: | Claimant |
| Date Appeal Filed: | 11/08/2022 |

**Notice:** The attached decision of the Appeal Tribunal will become final unless, within **FOURTEEN (14) DAYS** after the date mailed, further action is taken in accordance with the instructions contained in this decision. The last day on which you may file an appeal is **01-18-2023**. This date takes into account any official Texas State or Federal holiday which would extend the appeal time limit.

**Appearances:**    **See Page 2**

EMPLOYER:    PI: _X_  NPI: ___    Account No. _99-998476-2_

WINDHAM SCHOOL DISTRICT - TEXAS
DEPARTMENT OF CRIMINAL JUSTICE
DEPT 696
% HUMAN RESOURCES
PO BOX 40
HUNTSVILLE TX  77342-0040



# Texas Workforce Commission
## Appeal Tribunal





## INSTRUCTIONS

IF YOU WISH TO REQUEST A REVIEW OF THIS CASE BY THE COMMISSION, YOU MAY FILE AN APPEAL BY WRITING DIRECTLY TO **COMMISSION APPEALS, TWC BUILDING RM 678, 101 E. 15TH STREET, AUSTIN, TX 78778**, FAXING TO **512-475-2044**, OR ONLINE AT **www.texasworkforce.org/uiappeal** (CLAIMANTS) OR **www.texasworkforce.org/uiappealemployer** (EMPLOYERS). YOUR APPEAL MUST BE WITHIN **FOURTEEN** (14) DAYS FROM THE DATE THIS DECISION WAS MAILED TO YOU. PLEASE INCLUDE IN YOUR APPEAL: THE CLAIMANT'S SOCIAL SECURITY NUMBER, THE APPEAL NUMBER, AND DATE DECISION MAILED.

IF YOU DID NOT APPEAR AND OFFER EVIDENCE AT THE HEARING BEFORE THE APPEAL TRIBUNAL, YOU MAY REQUEST A NEW HEARING IF YOU WISH TO CONTEST THIS DECISION AND IF YOU HAVE GOOD CAUSE FOR YOUR NONAPPEARANCE. YOU MAY FILE A REQUEST BY WRITING DIRECTLY TO **APPEAL TRIBUNAL, TWC BUILDING RM 406, 101 E. 15TH STREET, AUSTIN TX 78778**, FAXING TO **512-475-1135**, ONLINE AT **www.texasworkforce.org/uiappeal** (CLAIMANTS) OR **www.texasworkforce.org/uiappealemployer** (EMPLOYERS), OR YOU MAY HAVE A FORM COMPLETED AT ANY LOCAL COMMISSION OFFICE. YOUR REQUEST MUST GIVE THE REASONS WHY YOU WERE NOT ABLE TO APPEAR AND MUST BE WITHIN FOURTEEN (14) DAYS FROM THE DATE THIS DECISION WAS MAILED TO YOU. PLEASE INCLUDE IN YOUR REQUEST: THE CLAIMANT'S SOCIAL SECURITY NUMBER, THE APPEAL NUMBER, AND DATE DECISION MAILED.

IF THE **FOURTEENTH** (14) DAY FROM THE DECISION MAILING DATE FALLS ON A TEXAS STATE OR FEDERAL HOLIDAY, THE TIME LIMIT FOR FILING A REQUEST FOR A NEW HEARING OR AN APPEAL WILL BE EXTENDED THROUGH THE NEXT WORKING DAY. ANY REQUEST FOR A NEW HEARING OR APPEAL MADE PRIOR TO THE DATE THIS DECISION WAS MAILED WILL NOT BE TREATED AS A PROPER AND TIMELY REQUEST FOR REHEARING OR APPEAL FROM THIS DECISION.

IF YOU FAX YOUR APPEAL OR PETITION TO REOPEN, TWC MUST RECEIVE IT NO LATER THAN 14 DAYS FROM THE DATE THE DECISION WAS MAILED.

IF YOU FILE YOUR APPEAL BY FAX, YOU SHOULD RETAIN YOUR FAX CONFIRMATION AS PROOF OF TRANSMISSION.

IF YOU FILE YOUR APPEAL ONLINE, YOU SHOULD RETAIN YOUR CONFIRMATION AS PROOF OF SUBMISSION.

TWC WILL USE THE DATE WE RECEIVE THE FAX OR THE DATE THE ONLINE APPEAL WAS SUBMITTED TO DETERMINE WHETHER YOUR APPEAL IS TIMELY.

## INSTRUCCIONES

EN CASO DE QUERER SOLICITAR A LA COMISION UNA REVISION DE LA PRESENTE CAUSA, SE PUEDE APELAR ESCRIBIENDO DIRECTAMENTE A LA SIGUIENTE DIRECCION **COMMISSION APPEALS, TWC BUILDING RM 678, 101 E. 15TH STREET, AUSTIN, TX 78778** O MANDANDO POR FAX AL **512-475-2044** O EN LINEA EN **www.texasworkforce.org/uiappeal**. LA APELACION DEBE INTERPONERSE DENTRO DE UN PLAZO DE **CATORCE** (14) DIAS SUBSIGUIENTES A LA FECHA DE ENVIO DE LA PRESENTE RESOLUCION. SIRVASE INCLUIR EN SU APELACION EL NUMERO DE SEGURO SOCIAL DEL/DE LA RECLAMANTE, EL NUMERO DE LA APELACION Y LA FECHA DE ENVIO DE LA RESOLUCION.

EN CASO DE NO HABER COMPARECIDO PARA OFRECER PRUEBAS EN LA AUDIENCIA ANTERIOR Y DE QUERER IMPUGNAR LA RESOLUCION, Y SI HA TENIDO UNA CAUSA JUSTIFICADA PARA NO COMPARECER, PUEDE SOLICITAR UNA NUEVA AUDIENCIA, ESCRIBIENDO DIRECTAMENTE A LA SIGUIENTE DIRECCION **APPEAL TRIBUNAL, TWC BUILDING RM 406, 101 E. 15TH STREET, AUSTIN, TX 78778**, MANDE POR FAX AL **512-475-1135**, EN LINEA A **www.texasworkforce.org/uiappeal** O LLENANDO EL FORMULARIO CORRESPONDIENTE EN CUALQUIER OFICINA LOCAL DE LA COMISION. DICHA SOLICITUD, EN LA QUE HAY QUE INDICAR POR QUE MOTIVO(S) NO PUDO COMPARECER, DEBERA PRESENTARSE DENTRO DE UN PLAZO DE **CATORCE** (14) DIAS SUBSIGUIENTES A LA FECHA DE ENVIO DE LA PRESENTE RESOLUCION. SIRVASE INCLUIR EN SU APELACION EL NUMERO DE SEGURO SOCIAL DEL/DE LA RECLAMANTE, EL NUMERO DE LA APELACION, Y LA FECHA DE ENVIO DE LA DECISION.

EN CASO DE QUE EL DECIMOCUARTO (CATORCEAVO) DIA SUBSIGUIENTE A LA FECHA DE ENVIO DE LA RESOLUCION, CAIGA EN UN DIA OFICIALMENTE FERIADO EN EL ESTADO DE TEJAS O EN EL PAIS DE LOS ESTADOS UNIDOS, SE PRORROGARA EL PLAZO PARA APELAR O SOLICITAR NUEVA AUDIENCIA PARA INCLUIR EL PROXIMO DIA LABORABLE. TODA SOLICITUD DE APELACION O DE NUEVA AUDIENCIA QUE SEA PRESENTADA ANTES DE LA FECHA DE ENVIO DE LA PRESENTE RESOLUCION, NO SERA CONSIDERADA COMO DEBIDA Y OPORTUNAMENTE PRESENTADA.

SE USTED VA A ENVIAR POR FAX SU APELACION O SOLICITUD DE REAPERTURA LA TWC DEBE RECIBIRLA A MAS TARDAR 14 DIAS POSTERIORS A LA FECHA EN QUE SE LE ENVIO LA DECISION POR CORREO.

SI PRESENTA LA APELACION POR FAX, GUARDE COPIA DE LA TRANSMISION FAX COMO PRUEBA DE HABERLO ENVIADO.

SI PRESENTA SU APELACION EN LINEA, DEBE GUARDAR SU CONFIRMACION COMO PRUEBA DE LA PRESENTACION.

LA TWC USARA LA FECHA EN QUE RECIBAMOS EL FAX O LA FECHA CUANDO SE PRESENTO LA APELACION EN LINEA PARA DETERMINAR SI SU APELACION ES OPORTUNA.

Revised 09/11/2013

# TEXAS WORKFORCE COMMISSION Appeal Tribunal Decision

Appeal No.: __3430721-1-2__
Page No: __2__

β 2

| Date/Location | For Claimant | For Employer |
|---|---|---|
| 12/07/2022 Telephone Hearing Reset | EVEN THOMAS III, | DR. COLON TAYLOR, Principal |
| | | KIMBERLY CALHOUN, Regional Principal |
| | | KIMBERLY CALHOUN, Regional Principal |
| | | MARIO COTTON, Department Administrator |
| | | TERRY BUSH, HR Officer IV |
| 12/29/2022 Telephone | EVEN THOMAS III | KEVIN SAWNICK, Department Director of In |

**TEXAS WORKFORCE COMMISSION**  Appeal Tribunal Decision

Appeal No.:  <u>3430721-1-2</u>
Page No:  <u>3</u>

**CASE HISTORY:**  A determination dated October 27, 2022 disqualified the claimant under Section 207.044 of the Texas Unemployment Compensation Act because the claimant was discharged from the last work due to misconduct connected with the work. The no payment period began October 9, 2022 and continues until the claimant returns to employment and either works for six weeks or earns wages at least equal to six times the claimant's weekly benefit amount. The claimant appealed.

The employer will not be billed.

**ISSUES:**  The issues in this case include:

Whether the claimant was separated from the last work as a result of a discharge based on work-connected misconduct or a voluntary quit without good work-connected cause.

Whether benefits paid to the claimant which are based on wages from this employer shall be billed to the employer.

**FINDINGS OF FACT:**  Prior to filing an initial claim for unemployment benefits with the effective date of October 9, 2022, the claimant last worked from August 2, 2021, through October 7, 2022, as a Teacher for the named employer, a Prison Facility.

The employer discharged the claimant for violating the Professional Standard of Conduct and Disciplinary Guidelines. The claimant was instructed by a female guard to take off his shoes, belt, wallet, and keys and place them in a black container before walking through the metal detector. The claimant followed the females guards instructions. After the claimant walked through the metal detector, the claimant spread his arms and assumed the position to be pat searched, however there was not a male guard present at the assigned security post to pat search the claimant. The female guard proceeded to go through the claimant's belongings. The female security guard then left her post to go search for a male guard to pat search the claimant. After the guard had been gone for some time, the claimant was allowed to walk through three steel doors, presenting his state identification to each guard, before being asked to turn around and go back to security to be pat searched by a male guard. The claimant headed back to the security area where he was pat searched by a male guard. The guard found no contraband on the claimant; however the Warden was called and the claimant was asked to leave the campus. The employer discharged the claimant for failing to submit to a search before entering the facility.

**CONCLUSIONS:**  Section 207.044 of the Act provides that an individual who was discharged for misconduct connected with the individual's last work is disqualified for benefits until the individual has returned to employment and worked for six weeks or earned wages equal to six times the individual's benefit amount.

Section 201.012 of the Act defines misconduct to mean mismanagement of a position of employment by action or inaction, neglect that jeopardizes the life or property of another, intentional wrongdoing or malfeasance, intentional violation of a law, or violation of a policy or rule adopted to ensure the orderly work and the safety of employees but does not include an act in response to an unconscionable act of an employer or superior.

The following decision has been adopted as a precedent by the Commission in Section **MC 255.10** of the Appeals Policy and Precedent Manual.

**TEXAS WORKFORCE COMMISSION** Appeal Tribunal Decision    Appeal No.: __3430721-1-2__    
Page No:    __4__

Appeal No. 4622-CA-76. The claimant was discharged for having requested clarification of several conflicting instructions which she had been given by her supervisor within a short period of time. HELD: The claimant's action did not constitute a refusal to obey her supervisor's instructions. No misconduct connected with the work.

The following decision has been adopted as a precedent by the Commission in Section **MC 485.05** of the Appeals Policy and Precedent Manual.

Appeal No. 87-11380-10-062987. After complaining to the company officer who gave her the orders and expressing her concerns to her immediate supervisor, the claimant carried out orders that she felt violated the employer's policies. The employer discharged the officer and the claimant for violating the employer's policies. HELD: Discharged for reasons other than misconduct connected with the work because the claimant tried in good faith to avoid violating the employer's policies by expressing her concerns to her supervisors. No disqualification under Section 207.044.

Here, the claimant was instructed by a female guard to take off his shoes, belt, wallet, and keys and place them in a black container before walking through the metal detector. The claimant followed the female guard instructions. After the claimant walked through the metal detector, the claimant spread his arms and assumed the position to be pat search, however there was not a male guard present at the assigned security post to pat search the claimant. The female guard proceeded to go through the claimant belongings. The female security guard then left her post to go search for a male guard to pat search the claimant. After the guard had been gone for some time, the claimant was instructed to go through the steel doors and head to his classroom. The claimant was allowed to walk through three steel doors, presenting his state identification to each guard at the door, before being asked to turn around and go back to the security station located at the main entrance to be pat searched by a male security guard. The claimant headed back to the security area where he was pat searched by a male guard. The male guard found no contraband on the claimant. Hence, the claimant actions did not constitute a misconduct connected with the work or refusal to obey the policy because he consented to a search three times by female and male guards.

Therefore, the determination dated October 27, 2022 disqualifying the claimant under Section 207.044 of the Texas Unemployment Compensation Act because the claimant was discharged from the last work due to misconduct connected with the work, is reversed.

Section 205.013 of the Act provides that at the end of each calendar quarter the Commission shall bill each reimbursing employer for an amount equal to the amount of the regular benefits plus one-half (1/2) of the amount of the extended benefits paid during such quarter which are attributable to service in the employ of such employer, except that a state, a political subdivision of a state, or any instrumentality of any states or political subdivisions of a state, that is a reimbursing employer shall pay 100 percent of the extended benefits paid, and reimbursements shall be paid by the reimbursing employer to the Commission.

If a reimbursing employer pays a reimbursement to the commission for benefits paid to a claimant that are not in accordance with the final determination or decision under this subtitle, the employer is not entitled to a refund of, or credit for, the amount paid by the employer to the commission unless the employer has complied with the requirements of Section 208.004 with respect to the claimant.

**TEXAS WORKFORCE COMMISSION**  Appeal Tribunal Decision

Appeal No.:  3430721-1-2

Page No:  5

B 5



Section 205.0125 of the Act, effective for claims dated September 1, 2015, and later, provides that notwithstanding any other provision of Chapter 205 of the Act, a reimbursing employer is not liable for paying a reimbursement for benefits paid to an individual, regardless of whether the employer was named as the individual's last work, if the individual's separation from work with the employer resulted from the individual being discharged for misconduct or voluntarily leaving work without good cause connected with the individual's work.

As the claimant is not disqualified from receiving benefits for misconduct connected with the work, the employer will be billed.

**DECISION:**  The determination dated October 27, 2022 disqualifying the claimant under Section 207.044 of the Texas Unemployment Compensation Act because the claimant was discharged from the last work due to misconduct connected with the work, is reversed.

The employer will be billed.

S. SUNDAY
Hearing Officer

ook

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE



# Excerpt from PD-22, "General Rules of Conduct and Disciplinary Action Guidelines for Employees" (rev. 17)

*November 1, 2021*

Prepared by
Human Resources Support Operations

*CI*

**INTRODUCTION:**

This handbook is an excerpt from PD-22, "General Rules of Conduct and Disciplinary Action Guidelines for Employees." All references to "this directive" refer to PD-22.

If you would like to review PD-22 in its entirety, you may contact your human resources representative. PD-22 is also available on the TDCJ intranet and on the TDCJ website at www.tdcj.texas.gov.

**POLICY:**

Employees are representatives of the Texas Department of Criminal Justice (TDCJ) and are expected to adhere to the highest standards of conduct while on-duty or off-duty, including adherence to the rules of conduct as published and described in PD-22, Attachment A, Listing of Employee General Rules of Conduct and Disciplinary Violations. Employees who allegedly commit a rule violation will be subject to disciplinary action in accordance with the procedures within this directive.

The TDCJ promotes equal employment opportunity through an employee disciplinary system designed to impose disciplinary actions without regard to race, color, religion, sex (gender), national origin, age, disability or genetic information (collectively, "protected class"). The TDCJ has a zero tolerance for all forms of employment discrimination in the disciplinary process. Retaliation for opposing or reporting employment discrimination is prohibited.

**EMPLOYMENT AT WILL CLAUSE:**

This directive **does not** constitute an employment contract or a guarantee of continued employment. The TDCJ reserves the right to change the provisions of this directive at any time.

Nothing in this directive limits the executive director's authority to establish or revise human resources policy. This directive guides the operations of the TDCJ and **does not** create a legally enforceable interest for employees or limit the executive director's, deputy executive director's, or division directors' authority to terminate any employee at will.

**DISCUSSION:**

I.      Employee's Responsibility to Know Rules and Regulations

        It is an employee's responsibility to know the rules in this directive and to seek clarification, if necessary. Being unaware of the existence of any of the rules is not a defense for violations.

        No single document can anticipate or address every situation. Therefore, an employee should maintain knowledge of other current TDCJ directives and standard operating procedures. In the event no written or verbal instructions have been issued regarding an employee's responsibilities or duties, the employee is expected to use sound judgment in arriving at a prudent course of action.

II.     Corrective Actions Other than Disciplinary Actions
        (Content of Section II is not included in this excerpt.)



PD-22 (rev. 17) Excerpt
Page 14 of 23

**39. Conviction of a Misdemeanor:**

An employee may be disciplined by TDCJ officials upon conviction of a misdemeanor offense.

An employee shall report an arrest, charge by information or complaint, indictment, or conviction of a misdemeanor offense, in accordance with PD-27, "Employment Status Pending Resolution of Criminal Charges or Protective Orders." Failure to report such information is a separate Rule Number 20 violation.

A minor traffic violation is not a misdemeanor or felony criminal charge for the purpose of PD-27, "Employment Status Pending Resolution of Criminal Charges or Protective Orders." An employee is not required to report a minor traffic violation to the employee's immediate supervisor or to any other TDCJ supervisor or manager, except as required for commercial drivers as outlined in PD-27. Driving while intoxicated (DWI), driving under the influence (DUI), driving while license is suspended (DWLS), failure to appear (FTA), reckless driving, open container, and assault with a motor vehicle are **not** minor traffic violations. For examples of minor traffic violations, see PD-27 attachment, "Examples of Minor Traffic Violations."

A misdemeanor conviction for a drug related offense is a violation of Rule Number 40. If an employee is not dismissed through the disciplinary process for conviction of a misdemeanor offense but is unable to perform the essential functions of the employee's position as a result of the conviction, the employee will be administratively separated from employment in accordance with PD-24, "Administrative Separation."

**39a. Conviction of a Misdemeanor for an Offense Involving Domestic Violence by an Employee who is Required or Authorized to Carry a Firearm:** Voided effective September 1, 2014. Rule was a violation level 1 and was incorporated into PD-24, "Administrative Separation."

**39b. Conviction of any Other Misdemeanor - Violation Level 3 - Except for drug related offenses - see Rule Number 40**

**40. Possession, Use, Sale, or Delivery of Illicit Drugs or Drug Paraphernalia - Violation Level 1:**
An employee shall not possess, use, sell, or deliver illicit drugs or drug paraphernalia while on-duty or off-duty. Possession, use, sale, or delivery of the same during off-duty hours, in a private residence, or while in a state or country where it is legal is not a defense to finding a violation.

**41. Denial of Uniform Access to Courts - Violation Level 2:**
An employee shall not interfere in any manner with an offender's right of access to courts or to public officials. This includes, but is not limited to, unauthorized denial of legal visits or access to legal materials, harassing or retaliating against an offender for exercising the offender's right to file a grievance or complaint, or not allowing an offender to correspond with the courts or public officials.

**42. Employee - Offender Relationships - See 42a, 42b, 42c, and 42d:**
An employee shall provide written notification of any relationship the employee has with an offender by submitting a PERS 282A, Additional Offender Information (Attachment M). The warden or department head shall indicate "approved, denied, or partially approved." The original PERS 282A shall be forwarded to Employee Services for imaging into the employee's Master Human Resources file. A copy of the PERS 282A shall be maintained in the employee's unit or department human resources file.

An immediate family member, as defined for the purpose of Rule Number 42b, includes a spouse, child, parent, brother, or sister. Relationships with an employee of the TDCJ who is also an offender's family member are excluded from this rule. The intent of this rule is not to prohibit relationships between employees and offender family members, but to encourage disclosure.

C 4

special privileges as a result of a personal relationship with the offender, an offender's family member, or a current or previous associate of the offender.

Contact with an offender or an offender's family, including through social media, in and of itself does not constitute a relationship. If it is determined that an employee, through such contact, has potentially jeopardized the security of the TDCJ or compromised the effectiveness of the employee, the employee will be subject to disciplinary action.

**42d. Sexual Misconduct with Offender - Violation Level 1:**
An employee shall not commit acts of sexual misconduct with: (1) any incarcerated offender; or (2) any offender under the supervision of the TDCJ who is not the employee's spouse.

Acts of sexual abuse and harassment are described in PD-29, "Sexual Misconduct with Inmates."

**43. On-Duty or Off-Duty Conduct - Violation Level 1:**
Any action on the part of an employee that jeopardizes the integrity or security of TDCJ institutions, calls into question the employee's ability to perform effectively and efficiently in the employee's position, or casts doubt upon the integrity of the employee is prohibited.

An employee may be charged with a violation of this rule only when the employee's conduct is not chargeable under any other rule violation. The employee's specific conduct shall be clearly identified.

**44. Tampering with a Witness - Violation Level 1:**
An employee shall not attempt to hinder or influence in any manner the testimony or information of any witness or potential witness in an investigation or administrative proceeding.

**45. Failure to Submit to Search - Violation Level 1:**
An employee shall cooperate with TDCJ officials during the search of the employee's person or belongings while on state property. Upon entering state property or during routine inspections, an employee gives implied consent to the search of the employee's person or property.

**46. Falsification of the State of Texas Application for Employment - Violation Level 1:**
An employee shall provide complete and accurate information on the employee's State of Texas Application for Employment and supporting documents.

**47. Refusal to Submit to Alcohol or Drug Tests - Violation Level 1:**
An employee shall submit to alcohol or drug tests as outlined in existing policies, procedures, and federal regulations.

**48. Failure to have a Negative Alcohol or Drug Test Result or Failure to Comply with Conditions of a Treatment Agreement - Violation Level 1:**
An employee selected for random drug testing, or who is reasonably suspected of using alcohol or drugs in the workplace, or performing official duties while under the influence of alcohol or drugs, will be required to submit to an alcohol and drug test and have a negative test result in accordance with PD-17, "Drug-Free Workplace" or PD-37, "Employee Commercial Drivers' Physical Examination and Alcohol/Drug Testing Programs."

An employee who signed a Treatment Agreement shall comply with all conditions of agreement. If the employee signed a Treatment Agreement as a result of independent dismissal mediation and fails to comply with the conditions of the agreement, the dismissal recommendation will be processed in accordance with this directive. See PD-17, "Drug-Free Workplace."

(11/21)

C S

PD-22 (rev. 17) Excerpt
Page 21 of 23

## Texas Department of Criminal Justice
## Guidelines for Disciplinary Actions
## Level Two Violations

| RANGE OF DISCIPLINARY ACTION | | | | |
|---|---|---|---|---|
| | **FIRST** | **SECOND** | **THIRD** | **FOURTH** |
| Probation | 6 - 9 months | 10 - 12 months | | |
| Withdrawal of Pay Increase | Yes | Yes | | |
| Suspension without Pay | 1 - 20 workdays | 1 - 30 workdays | | |
| Reduction in Pay [1] | 1 - 2 increments or at least 3.4% or 6.8% | 2 - 3 increments or at least 6.8% or 10.2% | | |
| Involuntary Demotion [1] (must be to a budget authorized position) | 1 - 2 salary groups | 1 - 3 salary groups | | |
| Dismissal | Yes [2] | Yes | Only | |

[1] Reductions in pay and involuntary demotions shall be in accordance with PD-72, "Employee Salary Administration."

[2] Reprimanding Authorities recommending dismissal for the first violation of a level 2 offense shall submit sufficient reason and documentation justifying the recommendation.

## Texas Department of Criminal Justice
## Guidelines for Disciplinary Actions
## Level Three Violations

| NO. | DESCRIPTION |
|---|---|
| 5c. | Reckless Endangerment: Hazing or Horseplay without Injury |
| 14a. | Use of Offensive Words or Actions |
| 15a. | Instigating or Participating in a Verbal Confrontation or Altercation |
| 24a.* | Use of Excessive or Unnecessary Force - Provoked without Serious Injuries |
| 25a.* | Failure to Report: Relating to Use of Deadly, Excessive, or Unnecessary Force - Provoked without Serious Injuries |
| 25e.* | Failure to Report: Relating to Non-Excessive and Necessary Use of Force |
| 25g.* | Administrative or Procedural Violation Relating to Use of Force |

*Aggravated Use of Excessive Force Provision - Applies to Violations of Rule Numbers 24a, 25a, 25e, and 25g:  See the Aggravated Use of Excessive Force Provision on the Listing of Employee General Rules of Conduct and Disciplinary Violations (Attachment A) to determine whether the violation of Rule Number 24a, 25a, 25e, or 25g involved an aggravated use of excessive force.  If so, the disciplinary action imposed shall be based on the guidelines for the next range of severity within that level.  For example, if a violation of Rule Number 24 or 25 is the employee's first offense and it is determined the violation involved an aggravated use of excessive force, the disciplinary action shall be based on the range for a second offense.  The disciplinary action imposed shall include, at a minimum, probation and one or more of the following: suspension, reduction in pay, or demotion.

| NO. | DESCRIPTION |
|---|---|
| 27. | Failure to Turn in all Evidence Seized |
| 36. | Insubordination |
| 39b. | Conviction of any Other Misdemeanor - Except for drug related offenses – See Rule Number 40.  See Listing of Employee General Rules of Conduct and Disciplinary Violations (Attachment A) for "Conviction" definition. |
| 53b. | Failure to Report an Alleged Act of Discrimination or Harassment Against Persons of a Protected Class, Discourteous Conduct of a Sexual Nature, or Retaliation; Did Not Take Corrective or Preventive Action |

| RANGE OF DISCIPLINARY ACTION | | | | |
|---|---|---|---|---|
| | FIRST | SECOND | THIRD | FOURTH |
| Probation | 3 - 4 months | 5 - 8 months | 9 - 12 months | |
| Withdrawal of Pay Increase | Yes | Yes | Yes | |
| Suspension without Pay | 1 - 5 workdays | 1 - 10 workdays | 1 - 15 workdays | |
| Reduction in Pay [1] | | 1 - 2 increments or at least 3.4% or 6.8% | 2 - 3 increments or at least 6.8% or 10.2% | |
| Involuntary Demotion [1] (must be to a budget authorized position) | | 1 - 2 salary groups | 1 - 3 salary groups | |
| Dismissal | | | Yes | Only |

[1] Reductions in pay and involuntary demotions shall be in accordance with payroll deadlines and PD-72, "Employee Salary Administration."



PD-22 (rev. 17) Excerpt
Page 23 of 23

## Texas Department of Criminal Justice
## Guidelines for Disciplinary Actions
## Level Four Violations

| NO. | DESCRIPTION |
|---|---|
| 1. | Tardiness - Less than One Hour |
|  | Tardiness stands alone and may not be used to enhance any violation. |
| 2. | Unexcused Absenteeism - One Hour or More |
| 7. | Substandard Duty Performance |
| 8. | Failure to Follow Proper Safety Procedures |
| 12. | Unauthorized Sales or Solicitations on State Premises |
| 25h.* | Administrative or Procedural Violation of a Security or Technical Violation Relating to Use of Force |
| | *Aggravated Use of Excessive Force Provision - Applies to a Violation of Rule Number 25h: See the Aggravated Use of Excessive Force Provision on the Listing Of Employee General Rules Of Conduct And Disciplinary Violations (Attachment A) to determine whether the violation of Rule Number 25h involved an aggravated use of excessive force. If so, the disciplinary action imposed shall be based on the guidelines for the next range of severity within that level. For example, if a violation of Rule Number 24 or 25 is the employee's first offense and it is determined the violation involved an aggravated use of excessive force, the disciplinary action shall be based on the range for a second offense. The disciplinary action imposed shall include, at a minimum, probation and one or more of the following: suspension, reduction in pay, or demotion. |
| 28. | Improper or Untidy Uniforms |
| 37. | Misconduct |
| 51. | Failure to Report Use of Certain Prescription Drugs |
| 52. | Failure to Provide Contact Information |
| 53a. | Failure to Report an Alleged Act of Discrimination or Harassment Against Persons of a Protected Class, Discourteous Conduct of a Sexual Nature, or Retaliation; Took Corrective or Preventive Action |

| RANGE OF DISCIPLINARY ACTIONS | | | | |
|---|---|---|---|---|
| | FIRST | SECOND | THIRD | FOURTH |
| Reprimand Only | Yes | | | |
| Probation | 1 - 2 months | 3 - 4 months | 5 - 6 months | |
| Withdrawal of Pay Increase | Yes | Yes | Yes | |
| Suspension | 1 - 3 workdays | 1 - 7 workdays | 1 - 10 workdays | |
| Reduction in Pay [1] | | 1 increment or at least 3.4% | 2 increments or at least 6.8% | |
| Involuntary Demotion [1] (shall be to a budget authorized position) | | | 1 - 3 Salary Groups | |
| Dismissal | | | Yes | Only |

[1] Reductions in pay and involuntary demotions shall be in accordance with PD-72, "Employee Salary Administration."



| TEXAS DEPARTMENT | **NUMBER:** | PD-29 (rev. 6) |
|---|---|---|
| OF | **DATE:** | September 1, 2021 |
| CRIMINAL JUSTICE | **PAGE:** | 1 of 6 |
| | **SUPERSEDES:** | PD-29 (rev. 5) March 1, 2017 |

# EXECUTIVE DIRECTIVE

**SUBJECT:**   **SEXUAL MISCONDUCT WITH INMATES**

**AUTHORITY:**   *Prison Rape Elimination Act* (PREA) of 2003, 28 C.F.R. §§ 115.11(a), 115.51(d), 115.61(a), 115.67(a), (e); Tex. Gov't Code §§ 493.001, 493.006(b), 493.007; Tex. Penal Code §§ 21.01, 21.08, 21.15, 21.16, 22.011, 22.021, 39.04, 42.01(a)(10), 43.21; Tex. Fam. Code § 2.401; BP-02.08, "Statement of Internal Controls"

**APPLICABILITY:**  Texas Department of Criminal Justice (TDCJ)

**EMPLOYMENT AT WILL CLAUSE:**

This directive **does not** constitute an employment contract or a guarantee of continued employment. The TDCJ reserves the right to change the provisions of this directive at any time.

Nothing in this directive limits the executive director's authority to establish or revise human resources policy. This directive guides the operations of the TDCJ and **does not** create a legally enforceable interest for employees or limit the executive director's, deputy executive director's, or division directors' authority to terminate an employee at will.

**POLICY:**

The TDCJ has zero tolerance for sexual misconduct, sexual abuse, and sexual harassment of inmates. An employee is prohibited from subjecting another employee, inmate, or other individual to harassment or retaliation for reporting or cooperating with an investigation of alleged sexual misconduct with inmates.

**DEFINITIONS:**

The following terms are defined for the purpose of this policy and are not intended to be applicable to other policies or procedures.

"Contract Employee" is an employee or representative of a company under contract or subcontract with the TDCJ or an individual who performs services for the TDCJ on a contractual basis. Also included in this category are professionals, such as special court monitors and authorized consultants.



"Employee" is any person employed by the TDCJ on a full-time, part-time, or temporary basis.

"Inmate" is an individual under the supervision or custody of the TDCJ, including a TDCJ inmate housed in privately operated, federal, county, or other states' facilities. These individuals include, but are not limited to, parolees, individuals under mandatory supervision, incarcerated individuals, and individuals housed in county jails that have been sentenced to the TDCJ but are not yet in TDCJ custody.

"Intern" is an individual who performs work for the TDCJ on a temporary basis without pay, and whose work: (a) provides training or supplements training given in an educational environment; (b) provides experience for the benefit of the individual performing the work; and (c) is performed under the close supervision of TDCJ staff.

"Marriage" includes "ceremonial marriage" and "informal marriage," which are the two types of marriage recognized by the state of Texas and are defined as follows:

a.   "Ceremonial Marriage" is a marriage documented by: (1) a marriage license recorded with a county clerk; and (2) a marriage certificate issued by the county clerk.

b.   "Informal Marriage," previously known as common law, is a marriage that is not necessarily documented through a county clerk, but is valid when a couple agree to be married and after that agreement live together in the state of Texas as a married couple and represent to others that they are married.

"Other Individual" is a contract employee, employee of a vendor, intern, or volunteer. The definition does not include an individual under the supervision or custody of the TDCJ.

"Sexual Abuse" includes any of the following acts, with or without consent of the inmate:

a.   Contact between the penis and vulva or the penis and the anus, including penetration, however slight;

b.   Contact between the mouth and penis, vulva, or anus;

c.   Contact between the mouth and any body part where the employee or other individual has the intent to abuse, arouse, or gratify sexual desire;

d.   Penetration of the anal or genital opening, however slight, by a hand, finger, object, or other instrument, that is unrelated to official duties or where the employee or other individual has the intent to abuse, arouse, or gratify sexual desire;

e.   Any other intentional contact, either directly or through the clothing, of or with the genitalia, anus, groin, breast, inner thigh, or the buttocks, that is unrelated to official duties or where the employee or other individual has the intent to abuse, arouse, or gratify sexual desire;

f.   Any attempt, threat, or request by an employee or other individual to engage in the activities described in paragraphs a-e of this section;

g.   Any display by an employee or other individual of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate; and

h.   Voyeurism by an employee or other individual.

"Sexual Harassment" is repeated verbal comments or gestures of a sexual nature to an inmate by an employee or other individual, including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene gestures.

"Sexual Misconduct" includes any of the following acts, with or without consent of the inmate:

a.   Engaging in sexual abuse of an inmate;

b.   Sexual harassment of an inmate;

c.   Requiring or intentionally allowing an inmate to engage in sexual abuse for any reason;

d.   Influencing, attempting to influence, or communicating intent to influence an inmate's conditions or status, including, but not limited to, an inmate's safety, custody, parole status, privacy, housing, privileges, work assignment, or program status in exchange for sexual favors or because an inmate refused to submit to a sexual advance. This includes putting money into or promising to put money into an inmate's Inmate Trust Fund or bringing in or offering to bring in contraband for an inmate in exchange for sexual favors; or

e.   Providing written communication or photographic items of a sexual nature to an inmate.

"Spouse" means a person to whom a person is legally married.

"Vendor" is any company or individual under contract to provide a service to the TDCJ, other than through a contract or subcontract employee, when providing such service requires the vendor or the vendor's employee to: (a) have access to premises owned, leased, or contracted by the TDCJ; or (b) provide services to inmates at any location.

"Volunteer" is an individual who has been approved to perform volunteer services for the TDCJ.

"Voyeurism" means the intentional viewing of an inmate's intimate body parts or intimate acts by an employee or other individual for reasons unrelated to official duties. This includes, but is not limited to, viewing the intimate body parts or intimate acts of an inmate for the purpose of sexual arousal or sexual gratification, amusement, entertainment, profit, or for the purpose of degrading or abusing an inmate.

**DISCUSSION:**

I.    General Provisions

    A.    Sexual misconduct is not applicable when the inmate has been released and is the employee's or other individual's spouse. However, the relationship may still be a violation under PD-22, "General Rules of Conduct and Disciplinary Action Guidelines for Employees," Rule Number 42, Employee-Offender Relationships.

    B.    The TDCJ recognizes that employees or other individuals in certain professions, such as chaplains or counselors, may hug inmates as part of the therapeutic or rehabilitative process. Such hugging is acceptable provided it is not done for sexual gratification and is not performed in an isolated area. In addition, verbal communication of a sexual nature, in the context of sex offender programs, is permitted.

    C.    Communication of a sexual nature between employees or other individuals in the workplace shall be reported in accordance with PD-13, "Sexual Harassment and Discourteous Conduct of a Sexual Nature."

II.    Felony Offenses

    An employee or other individual commits a felony offense if the person engages in the behavior specified in Texas Penal Code § 39.04.

III.    Prohibition on False Reporting

    An employee or other individual shall not report false information regarding sexual misconduct with inmates or provide false information in an investigation of sexual misconduct with inmates.

**PROCEDURES:**

I.    Reporting Responsibilities

    An employee or other individual may privately report alleged sexual misconduct with an inmate in accordance with the procedures outlined below, or directly to the PREA ombudsman, a unit Office of the Inspector General (OIG) investigator, or the OIG Records Management Office without reporting such misconduct through their chain-of-command.

    A.    Employee

        An employee who becomes aware of alleged sexual misconduct shall immediately report such misconduct to one or more of the following:

        1.    The employee's immediate supervisor, warden, or department head;

2.    The employee's second level supervisor if the person allegedly conducting such misconduct is the employee's immediate supervisor;

3.    A unit OIG investigator in accordance with AD-16.20, "Reporting Incidents/Crimes to the Office of the Inspector General";

4.    The Records Management Office, OIG - Investigations Division Headquarters in Huntsville at (936) 437-5103; or

5.    The PREA Ombudsman Office at (936) 437-5570.

B.    Supervisor or Other Individual

Supervisors who receive notification of alleged sexual misconduct and other individuals who become aware of alleged sexual misconduct shall immediately report such misconduct to one or more of the following:

1.    Warden or department head;

2.    A unit OIG investigator;

3.    Records Management Office, OIG - Investigations Division Headquarters in Huntsville; or

4.    PREA ombudsman.

C.    Warden, Department Head, or PREA Ombudsman

Upon being notified of any alleged sexual misconduct with an inmate, a warden, department head, or the PREA ombudsman shall contact the OIG in accordance with AD-16.20.

D.    Office of the Inspector General

Upon being notified of alleged sexual misconduct with an inmate, a unit OIG investigator, or the Records Management Office, OIG - Investigations Division Headquarters, shall immediately notify the appropriate warden or department head.

The OIG will refer substantiated violations of criminal law to the appropriate district attorney for criminal prosecution.

II.    Remedial Actions

A.    Employees

An employee who commits an act of sexual misconduct with an inmate is subject to disciplinary action in accordance with PD-22.

**PD-29 (rev. 6)**
**Page 6 of 6**

B.     Other Individuals

       Other individuals who commit an act of sexual misconduct with an inmate will not
be allowed to continue to perform services for the TDCJ and will be denied access to
TDCJ premises.

III.     Training

A.     Employees

       All employees shall receive training regarding the provisions of this directive when
attending an orientation session in accordance with PD-97, "Training and Staff
Development."

B.     Contract Employees

       A contract employee who attends an orientation session in accordance with PD-97
shall receive training regarding sexual misconduct with inmates while participating
in the orientation session. A contract employee who is not required to participate in
the orientation program shall be notified of the provisions within this directive by the
TDCJ employee serving as the contract employee's supervisor or TDCJ contract
liaison.

C.     Vendors

       Vendors shall be notified regarding compliance with the *Prison Rape Elimination
Act* (PREA) standards within TDCJ contracts and shall be instructed to adhere to the
provisions within this directive. Vendors shall be referred to the TDCJ's website for
access to PD-29.

D.     Volunteers and Interns

       A volunteer or intern shall be notified of the provisions within this directive by the
TDCJ employee serving as the volunteer's or intern's supervisor and during the
training conducted in accordance with the TDCJ *Volunteer Services Plan.*

 

Bryan Collier
Executive Director



special privileges as a result of a personal relationship with the offender, an offender's family member, or a current or previous associate of the offender.

Contact with an offender or an offender's family, including through social media, in and of itself does not constitute a relationship. If it is determined that an employee, through such contact, has potentially jeopardized the security of the TDCJ or compromised the effectiveness of the employee, the employee will be subject to disciplinary action.



**42d.  Sexual Misconduct with Offender - Violation Level 1:**

An employee shall not commit acts of sexual misconduct with: (1) any incarcerated offender; or (2) any offender under the supervision of the TDCJ who is not the employee's spouse.

Acts of sexual abuse and harassment are described in PD-29, "Sexual Misconduct with Inmates."

**43.  On-Duty or Off-Duty Conduct - Violation Level 1:**

Any action on the part of an employee that jeopardizes the integrity or security of TDCJ institutions, calls into question the employee's ability to perform effectively and efficiently in the employee's position, or casts doubt upon the integrity of the employee is prohibited.

An employee may be charged with a violation of this rule only when the employee's conduct is not chargeable under any other rule violation. The employee's specific conduct shall be clearly identified.

**44.  Tampering with a Witness - Violation Level 1:**

An employee shall not attempt to hinder or influence in any manner the testimony or information of any witness or potential witness in an investigation or administrative proceeding.

**45.  Failure to Submit to Search – Violation Level 1:**

An employee shall cooperate with TDCJ officials during the search of the employee's person or belongings while on state property. Upon entering state property or during routine inspections, an employee gives implied consent to the search of the employee's person or property.

**46.  Falsification of the State of Texas Application for Employment – Violation Level 1:**

An employee shall provide complete and accurate information on the employee's State of Texas Application for Employment and supporting documents.



**47.  Refusal to Submit to Alcohol or Drug Tests - Violation Level 1:**

An employee shall submit to alcohol or drug tests as outlined in existing policies, procedures, and federal regulations.



**48.  Failure to have a Negative Alcohol or Drug Test Result or Failure to Comply with Conditions of a Treatment Agreement - Violation Level 1:**

An employee selected for random drug testing, or who is reasonably suspected of using alcohol or drugs in the workplace, or performing official duties while under the influence of alcohol or drugs, will be required to submit to an alcohol and drug test and have a negative test result in accordance with PD-17, "Drug-Free Workplace" or PD-37, "Employee Commercial Drivers' Physical Examination and Alcohol/Drug Testing Programs."

An employee who signed a Treatment Agreement shall comply with all conditions of agreement. If the employee signed a Treatment Agreement as a result of independent dismissal mediation and fails to comply with the conditions of the agreement, the dismissal recommendation will be processed in accordance with this directive. See PD-17, "Drug-Free Workplace."

(11/21)

**verizon**√  Billing period Jul 14, 2022 to Aug 13, 2022  **Account #** 820037988-00001  |  **Invoice #** 8377430335



# Even Thomas

**409.932.3836**
**iPhone 6S Plus**

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 31 | 5:20 PM | 409.338.5652 | Beaumont, TX | Beaumont, TX | 12 | -- | -- | -- |
| Jul 31 | 5:34 PM | 409.338.5652 | Beaumont, TX | Incoming, CL | 1 | -- | -- | -- |
| Jul 31 | 5:37 PM | 409.656.3463 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Jul 31 | 5:37 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Jul 31 | 5:46 PM | 409.338.5652 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Jul 31 | 5:49 PM | 409.338.5652 | Beaumont, TX | Incoming, CL | 1 | -- | -- | -- |
| Jul 31 | 8:12 PM | 409.656.7142 | Beaumont, TX | Beaumont, TX | 6 | -- | -- | -- |
| Jul 31 | 8:19 PM | 612.804.8319 | Beaumont, TX | Minneapols, MN | 5 | -- | -- | -- |
| Jul 31 | 8:24 PM | 409.656.3463 | Beaumont, TX | Beaumont, TX | 2 | -- | -- | -- |
| Jul 31 | 8:32 PM | 409.423.5216 | Beaumont, TX | Kirbyville, TX | 1 | -- | -- | -- |
| Aug 1 | 10:38 AM | 409.926.3225 | Nederland, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 1 | 2:52 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 1 | 3:00 PM | 409.423.5216 | Beaumont, TX | Kirbyville, TX | 4 | -- | -- | -- |
| Aug 1 | 3:06 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 2 | -- | -- | -- |
| Aug 1 | 4:02 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 1 | 4:03 PM | 409.926.3225 | Beaumont, TX | Incoming, CL | 17 | -- | -- | -- |
| Aug 1 | 4:24 PM | 409.363.4127 | Beaumont, TX | Beaumont, TX | 13 | -- | -- | -- |
| Aug 1 | 7:40 PM | 409.656.3463 | Beaumont, TX | Beaumont, TX | 3 | -- | -- | -- |
| Aug 1 | 7:44 PM | 409.656.3463 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 1 | 8:13 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 2 | -- | -- | -- |
| Aug 2 | 10:41 AM | 713.528.1570 | Nederland, TX | Houston, TX | 1 | -- | -- | -- |
| Aug 2 | 10:42 AM | 409.926.3225 | Nederland, TX | Beaumont, TX | 2 | -- | -- | -- |
| Aug 2 | 3:13 PM | 409.926.3225 | Nederland, TX | Beaumont, TX | 2 | -- | -- | -- |
| Aug 2 | 3:20 PM | 409.656.3463 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 2 | 3:27 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 3 | -- | -- | -- |
| Aug 2 | 7:48 PM | 409.790.6108 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 2 | 7:50 PM | 409.790.6108 | Beaumont, TX | Incoming, CL | 33 | -- | -- | -- |
| Aug 2 | 8:23 PM | 409.893.0351 | Beaumont, TX | Beaumont, TX | 25 | -- | -- | -- |
| Aug 2 | 9:09 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 2 | -- | -- | -- |
| Aug 3 | 10:52 AM | 866.420.4256 | Nederland, TX | Toll-Free, CL | 18 | -- | -- | -- |
| Aug 3 | 11:09 AM | 409.926.3225 | Nederland, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 3 | 2:52 PM | 409.926.3225 | Nederland, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 3 | 3:03 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 3 | 3:22 PM | 409.926.3225 | Beaumont, TX | Beaumont, TX | 1 | -- | -- | -- |
| Aug 3 | 3:49 PM | 800.939.6631 | Beaumont, TX | Toll-Free, CL | 1 | -- | -- | -- |
| Aug 3 | 3:50 PM | 800.939.6631 | Beaumont, TX | Toll-Free, CL | 3 | -- | -- | -- |
| Aug 3 | 3:52 PM | 800.939.6631 | Beaumont, TX | Toll-Free, CL | 2 | -- | -- | -- |
| Aug 3 | 3:54 PM | 800.558.8321 | Beaumont, TX | Toll-Free, CL | 3 | -- | -- | -- |
| Aug 3 | 3:56 PM | 800.558.8321 | Beaumont, TX | Toll-Free, CL | 2 | -- | -- | -- |
| Aug 3 | 3:58 PM | 800.939.6631 | Beaumont, TX | Toll-Free, CL | 2 | -- | -- | -- |

Ms. Calhoun just informed me all TTESS evaluations must be done tomorrow! Sorry about the short fuse. I thought we had until the end of August but I was mistaken. At any rate, I'll be in your classrooms observing tomorrow. Just do what you do each and everyday. No need for bells and whistles...just do your thing! Dr. Taylor









## OFFICIAL INVESTIGATION

**Subject:** Thomas, Even, Teacher Wyndham, DOB 08/29/1966

**Allegation:** Mr. Thomas disregarded the Gist Unit search area by refusing to be pat searched when he entered the facility.

**Summary:** On September 9, 2022, the Larry Gist Unit Administration was notified by staff working the Gist Unit entry search area that Mr. Thomas, Even a teacher with Wyndham School entered the facility after refusing to be pat searched. Staff stated that when he walked in the unit, he went through the metal detector and got dressed and continued to the education building without being searched after being told that he needed to be.

On September 9, 2022, Assistant Warden Darrell Frith initiated an investigation into Mr. Thomas by passing the search area. Warden Frith conducted an interview with Mr. Thomas in which he stated he entered the unit and did not see the male officer; he states he placed his belongings into the search bin and walked through the metal detector. He states the female officer checked his belongings and that the male officer never came so he got dressed and went through central. He states once he was dressed the male officer told him to just go ahead and he did. He states he was stopped and told to go back in which he did at which time he was searched. Mr. Thomas states he was running late for class and was in a hurry and thought it would be ok if he just went through because he's done it in the past.

Warden Frith conducted an interview with Officer Schultz in which she stated that she searched Mr. Thomas's belongings and asked him to wait while she got the male Officer from visitation. She states Officer Thomas exited visitation and asked Mr. Thomas to return to visitation in which he stated "No, my shoes are already on." She states they then contacted the Warden to notify him of what occurred.

Warden Frith conducted an interview with Officer Frank in which he stated he was dropping of keys in visitation, when Mr. Thomas entered the facility. He states Officer Schultz came to the door of visitation and called for him in which he entered the lobby and saw Mr. Thomas headed to the central control door to go to the education building. Officer Thomas states he told Mr. Thomas he would have to be pat searched prior to going to the back in which Mr. Thomas said "Nah, I already got my shoes on." He states he told Mr. Thomas a second time and that Mr. Thomas made a noise and stated "call the warden." He states he went to the back and the Warden was contacted and Mr. Thomas was sent back to the front.

**Witness:** Frank, Inlarius CO IV and Schultz, Ruby CO V

**Findings:** Mr. Thomas did disregard the pat search area and changed his statement multiple times while being interviewed. There is not currently video surveillance play back in the administration area. It is recommended that Mr.



Thomas be recommended for disciplinary action for refusing to be searched when entering the facility.

**Investigation Conducted by:** Darrell Frith/ Assistant Warden

**Date Submitted:** September 9, 2022

Can you forward this text to the leadership please look at the camera you will see what I said on my IOC is what I wrote also the Assistant Warden was very disrespectful calling me bud very unprofessional I always go out and when I come back I get searched you seen me in the past going to my truck the camera will show he was not at his post thanks Even Thomas

Attachment I







## Windham School District
## Fact Finding Investigation

*Disciplinary Guidelines* before taking corrective or disciplinary action. This form is designed to assist with the investigation. If additional space is required for any portion of this report, a continuations sheet may be attached.

(PRINT ALL ENTRIES EXCEPT SIGNATURES)

**I.    To be completed by Supervisor:**

**Employee Name:** Even Thomas          **Unit/Department:** Gist/Education

**Job Title:** CHANGES Teacher          **Date of incident:** 9/9/2022

Description of employee's specific conduct. Do not reference rule number or describe the rule:

On 9/9/2022, at approximately 11:15 am, Mr. Even Thomas did refuse to be pat searched when he entered the facility.

**The employee's conduct may be a violation of rule number(s) Identify as WBP 7.44 or PD 22:**

WBP 7.44. F.5: Failure to comply with the directives and policies of the TDCJ and the WSD.

**II.    Employee's statement:**

See Mr. Thomas' written statement dated 9/9/2022.

**Employee's Signature:** Per Warden Danheim's directive on 9/9/2022, Mr. Thomas is not authorized to enter the education building at this time. Therefore, Mr. Thomas is not physically present to sign.
**Date:** _____

**III.    Witnesses:** ■YES See attached or ☐NO

**IV    Recommendation** Select and complete one column and one action only.

| Corrective Action<br>EDR remains in unit file. | Disciplinary Action<br>EDR remains in permanent HR file.<br>Complete Approval Section |
|---|---|
| ☐ Counseling | ☐ Written Warning |
| ☐ Letter of Instruction | ☐ Formal Warning |
| ☐ Retraining | ☐ Reprimand |
| ☐ Other (Specify) | ☐ Suspension Without Pay ☐ Days |
| ☐ No action Required | ■ Termination |

I certify that the facts as presented are true to the best of my knowledge, that the employee was given the opportunity to make a statement, and that I make the recommendation in the best interest of the District.

**Supervisor Name and Title:**  Colon  Taylor, III/Principal

Version 4, December 10, 2020
Replaces Version 3, May 1, 2020
which is obsolete and cannot be used

49. **Misuse of Official Authority or Information - Violation Level 1:**

An employee shall not: (1) use official authority or influence to affect political campaigns or other political activities; (2) prevent or restrict, or attempt to prevent or restrict, political donations of any kind to a person or political organization and is prohibited from coercing, or attempting to coerce, in any manner, a political contribution to a person or political organization; (3) intentionally disclose or use non-public information acquired by virtue of TDCJ employment to achieve a financial gain or other benefit, aid another person to do the same, or to defraud another person; or (4) cause an employee to be discharged, demoted, or otherwise discriminated against for providing public information to the legislature or in response to a request from the legislature.

50. **Discourteous Conduct of a Sexual Nature - Violation Level 2:**

An employee shall not engage in discourteous conduct of a sexual nature. See definition for "Discourteous Conduct of a Sexual Nature." Specific examples of discourteous conduct of a sexual nature that may rise to the level of sexual harassment are identified in PD-13, "Sexual Harassment and Discourteous Conduct of a Sexual Nature."

This rule violation shall be supported by the findings of an EEO prehearing investigation conducted in accordance with PD-13, "Sexual Harassment and Discourteous Conduct of a Sexual Nature."

51. **Failure to Report Use of Certain Prescription Drugs - Violation Level 4:**

An employee shall notify the employee's supervisor prior to reporting to work that the employee is taking a prescription medication that the employee believes has side effects that may interfere with the performance of the employee's assigned duties. The notification shall include the name of the prescribed drug, the name of the prescribing physician, the possible side effects, and the approximate length of time the employee anticipates taking the drug. See PD-17, "Drug-Free Workplace."

52. **Failure to Provide Contact Information - Violation Level 4:**

An employee shall have current and valid contact information on file with the employee's human resources representative, including: (a) a phone number assigned the employee or a contact person through which the employee can be reached; (b) the employee's physical address; and (c) the employee's mailing address.

53. **Failure to Report Alleged Acts of Discrimination or Harassment Against Persons of a Protected Class, Discourteous Conduct of a Sexual Nature, or Retaliation - See 53a and 53b:**

TDCJ managers and supervisors shall report to Employee Relations Intake, Human Resources Division, all allegations of the following conduct reported to or any of the following conduct witnessed by the manager or supervisor, even when another employee or other individual does not report or complain about the act:

- Discrimination or harassment based on race, color, age (40 or above), sex (gender), including sexual harassment, national origin, religion, disability, and genetic information;

- Discourteous conduct of a sexual nature; and

- Retaliation against an individual who: (1) has rejected sexual harassment or discourteous conduct of a sexual nature; (2) has filed a complaint alleging sexual harassment, discourteous conduct of a sexual nature, or other discrimination prohibited by this rule; (3) has cooperated in a TDCJ or external investigation, hearing, or court proceeding regarding an allegation of sexual harassment, discourteous conduct of a sexual nature, or other discrimination prohibited by this rule; or (4) is associated with an individual who is involved in such activity.

Managers and supervisors shall report such acts in accordance with the procedures for reporting any allegations of such conduct in PD-13, "Sexual Harassment and Discourteous Conduct of a Sexual

Nature" or PD-31, "Discrimination in the Workplace." This rule violation shall be supported by an EEO prehearing investigation conducted in accordance with PD-13 or PD-31.

**53a.** **Failure to Report an Alleged Act of Discrimination or Harassment Against Persons of a Protected Class, Discourteous Conduct of a Sexual Nature, or Retaliation; Took Corrective or Preventive Action - Violation Level 4**

**53b.** **Failure to Report an Alleged Act of Discrimination or Harassment Against Persons of a Protected Class, Discourteous Conduct of a Sexual Nature, or Retaliation; Did Not Take Corrective or Preventive Action - Violation Level 3**



**5b.** **Reckless Endangerment: Endangerment Less than Life Endangerment - Violation Level 2:**
Committing, or threatening to commit, any act that endangers the safety of another individual to a lesser degree than endangerment of life, including hazing, horseplay, or an action that results in the security of the TDCJ being jeopardized.

**5c.** **Reckless Endangerment: Hazing or Horseplay without Injury - Violation Level 3:**
Employees shall not participate in hazing or horseplay.

**6.** **Horseplay:** Voided effective August 1, 2016. Rule consisted of 6a, violation level 4 and 6b, violation level 3, was incorporated into Rule Number 5.

**7.** **Substandard Duty Performance - Violation Level 4:**
An employee shall perform duties in a manner that meets or exceeds the minimum standards established for the employee's position. Job quality and productivity standards are established by position descriptions, TDCJ policies and procedures, ethical and professional standards, and written or verbal instructions relating to job standards or expectations. Failure to meet the minimum standards of productivity or quality is prohibited.

The employee's substandard duty performance shall be clearly identified.

**8.** **Failure to Follow Proper Safety Procedures - Violation Level 4:**
An employee shall observe and follow current TDCJ policies and state and federal laws relating to safety in the workplace.

The specific safety procedure that was violated shall be clearly identified.

**9.** **Gambling on State Property - Violation Level 1:**
Gambling, as defined by the Texas Penal Code, on state property or at any location where offenders are housed or work, is prohibited.

**10.** **Falsification of Records - Violation Level 2 - Does not include falsification relating to the State of Texas Application for Employment - See Rule Number 46:**
An employee shall maintain and submit truthful, accurate, and complete records as required by the TDCJ. Falsification of records includes altering documents to reflect false information or the omission of material information. By signing or submitting a document, an employee attests to the truthfulness, accuracy, and completeness of the information presented in the document.

**11.** **Unauthorized Taking or Use of Personal Property - Violation Level 2:**
An employee shall not take or use any item of personal property not belonging to the employee, without permission from the owner. This does not include offender property, which is a violation of Rule Number 23.

**12.** **Unauthorized Sales or Solicitations on State Premises - Violation Level 4:**
An employee shall not engage in any solicitation or fundraising activity on state property, except as provided in ED-02.04, "TDCJ Fundraising."



# WINDHAM SCHOOL DISTRICT

*Schools in the Texas Department of Criminal Justice*

Inter-Office Communication

| | | | |
|---|---|---|---|
| **TO:** | Kristina Hartman<br>Superintendent | **DATE:** | October 6, 2022 |
| **FROM:** | Mario Cotton<br>Professional Development<br>Administrator | **SUBJECT:** | Even Thomas appeals hearing |

**Employee: Even Thomas** (Teacher, Gist campus)

**District Representative: Kim Calhoun** (Regional Principal, Gulf Coast Region)

## BACKGROUND:

In an emailed letter sent to Even Thomas dated September 16, 2022, regarding a proposed termination, Superintendent Kristina proposed that Mr. Thomas be terminated for failing to cooperate with Texas Department of Criminal Justice (TDCJ) security and consent to a pat search when entering the Gist facility.

The reasons for the proposed termination were as follows:

1. WBP 7.44 F, 5 Failure to comply with the directives and policies of the TDCJ and the WSD.

2. PD-22, 45, Failure to submit to search, an employee shall cooperate with TDCJ officials during the search of the employee's person or belongings while on state property.

Mr. Thomas elected to appeal the proposed termination.

On October 4, 2022 I conducted an appeals hearing with Mr. Thomas and Kim Calhoun.

The appeals hearing began with me introducing myself and all parties of the hearing which only included Mr. Thomas and Kim Calhoun.

I briefly went over the process of the hearing. I also ensured that all parties received the same documents that I emailed to each party.

## DISTRICT PRESENTATION:



Ms. Calhoun provided testimony by referring to Dr. Colon Taylor's fact-finding, WBP 7.44 and TDCJ policy PD-22, Failure to submit to search.

Ms. Calhoun also utilized correctional officer statements that outlined the events that occurred on 9/9/2022 regarding Mr. Thomas' alleged refusal of a pat search. Statements presented by Ms. Calhoun stated that Mr. Thomas refused a pat search by stating to Officers Frank and Shultz, "No, I already have my shoes on".

Ms. Calhoun then referred to Assistant Warden Darrell Frith's investigation paperwork. In Warden Frith's email, the warden stated that Mr. Thomas said that he was running late for class and was in a hurry and thought it would be ok if he just went through. Also in Warden Frith's investigation report, Warden Frith interviewed the officers involved and his reported stated that both officers agreed that Mr. Thomas said "No" or "Nah" when asked to return to the pat search area.

**Employee cross examination:**

Mr. Thomas did have a rebuttal to Ms. Calhoun's testimony although the rebuttal did not directly rebut the testimony of Ms. Calhoun. Mr. Thomas asked if the camera could be looked at. In addition, Mr. Thomas stated that the officers' testimony to the warden was not true and that they are just trying to protect their jobs.

## EMPLOYEE PRESENTATION:

Mr. Thomas began his testimony by stating that on 9//2022, there was no male officer present to pat search him, so he and the female correctional officer waited for a male officer so that he could be pat searched. Mr. Thomas then stated that the female officer then left her duty post. He wanted evidence to show that both officers left their duty post.

Mr. Thomas goes on to state that when the male officer eventually came to the search area, the male officer said for him to go ahead and proceed through the three gates thus allowing him to go through without being pat searched.

After proceeding down the "bowling alley" Mr. Thomas states that "one" of the officers yelled for him to return to the pat search area. Mr. Thomas stated that he returned and was pat searched. After the pat search, Mr. Thomas stated that he was asked to have a seat inside the facility until the warden could talk to him. Mr. Thomas concluded his testimony by stating that he did not break any TDCJ nor WSD policies or directives.

**District representative cross examination:**

Ms. Calhoun cross-examined Mr. Thomas. She started out by asking Mr. Thomas how long he has been at the Gist facility and if he knew the standard procedure for entering the Gist facility. Mr. Thomas went on to explain the procedure by stating that he has never had a problem entering the Gist facility and that the officers are used to opening the gate for him.

**Hearing officer cross examination:**

K 2

I asked Mr. Thomas if he felt that the statements presented by Officer Shultz and Officer Frank was false? Mr. Thomas stated "Yes, I feel that their statements are false".

I also asked Mr. Thomas what was the name of the employee that interviewed him after he was asked to sit and wait? Mr. Thomas stated, "Great question" and then stated that the individual did not identify himself.

I again asked Mr. Thomas later in the hearing who interviewed him and this time he stated that it was the assistant warden.

Later during my cross examination, I asked Mr. Thomas if the investigation by the assistant warden is false to which Mr. Thomas said. "Yes".

In addition, Mr. Thomas stated that he at no time said "No" to the correctional officers when he was asked to return to be pat searched.

I then asked Mr. Thomas has he ever went through the gate with a male officer present and have not been searched? He stated that he was always pat seared when a male officer was present.

I then asked Mr. Thomas did he find it strange that suddenly with a male officer present, you were not strip searched and that according to him (Thomas) the male officer told you to go but then asked you to come back to be pat searched?

Mr. Thomas stated that yes it was strange that a male correctional officer was present and did not pat search him.

**CONCLUSION:**

By his own admission, Mr. Thomas stated that he has always been pat searched by a male officer when the officer was present. In this instance, there was a male officer present, yet Mr. Thomas was not pat searched and proceeded to enter the facility thus violating WSD policy and TDCJ policy.

This Hearing Officer has concluded that Mr. Thomas did in fact violate WSD policy:

1. WBP 7.44 F, 5 Failure to comply with the directives and policies of the TDCJ and the WSD.

2. PD-22, 45, Failure to submit to search, an employee shall cooperate with TDCJ officials during the search of the employee's person or belongings while on state property.

**RECOMMENDATION:** I concur with the proposal for termination.

*P̶D̶ - 2 2 - 1 0*

**5b.  Reckless Endangerment: Endangerment Less than Life Endangerment - Violation Level 2:**
Committing, or threatening to commit, any act that endangers the safety of another individual to a lesser degree than endangerment of life, including hazing, horseplay, or an action that results in the security of the TDCJ being jeopardized.

**5c.  Reckless Endangerment: Hazing or Horseplay without Injury - Violation Level 3:**
Employees shall not participate in hazing or horseplay.

**6.  Horseplay:** Voided effective August 1, 2016. Rule consisted of 6a, violation level 4 and 6b, violation level 3, was incorporated into Rule Number 5.

**7.  Substandard Duty Performance - Violation Level 4:**
An employee shall perform duties in a manner that meets or exceeds the minimum standards established for the employee's position. Job quality and productivity standards are established by position descriptions, TDCJ policies and procedures, ethical and professional standards, and written or verbal instructions relating to job standards or expectations. Failure to meet the minimum standards of productivity or quality is prohibited.

The employee's substandard duty performance shall be clearly identified.

**8.  Failure to Follow Proper Safety Procedures - Violation Level 4:**
An employee shall observe and follow current TDCJ policies and state and federal laws relating to safety in the workplace.

The specific safety procedure that was violated shall be clearly identified.

**9.  Gambling on State Property - Violation Level 1:**
Gambling, as defined by the Texas Penal Code, on state property or at any location where offenders are housed or work, is prohibited.

**10.  Falsification of Records - Violation Level 2 - Does not include falsification relating to the State of Texas Application for Employment - See Rule Number 46:**
An employee shall maintain and submit truthful, accurate, and complete records as required by the TDCJ. Falsification of records includes altering documents to reflect false information or the omission of material information. By signing or submitting a document, an employee attests to the truthfulness, accuracy, and completeness of the information presented in the document.

**11.  Unauthorized Taking or Use of Personal Property - Violation Level 2:**
An employee shall not take or use any item of personal property not belonging to the employee, without permission from the owner. This does not include offender property, which is a violation of Rule Number 23.

**12.  Unauthorized Sales or Solicitations on State Premises - Violation Level 4:**
An employee shall not engage in any solicitation or fundraising activity on state property, except as provided in ED-02.04, "TDCJ Fundraising."

Due Process

From: EVEN THOMAS (juneboyiii@yahoo.com)

To:    kimberly.calhoun@wsdtx.org

Cc:    kristina.hartman@wsdtx.org

Date:  Friday, September 16, 2022 at 07:13 AM CDT ⟵

Attachment ⎫

I have been off with pay for a week. I pray that you have seen the video camera for the time I came in the prison it will prove I follow the rules and clear my name. The Warden is not being fair because I am a black man. Mrs. Parker had not one but two relationships with inmates and she is allow to come to work and I not. So I hope I can get due process. I did not refused to be search if you look at the I was pet search. The officer was not at his post to search me. The young lady could not find him to search me then when he finally come I had my shoes and belt on he said I could go that is I got though all three gates of the picket no way I could do that if I refused to be search so please look at the video. When I got by the last by the lunch room I was told to go back. Why is Mrs. Parker is allowed in Gist after starting two relationships and the Warden let her in even bring the inmate to the Christmas party the second inmate comes and pick her up when we get off in the evenings. Also Mrs Calhoun I filed two grievance and call the phone line about how Dr. Taylor stealing time from WSD so he is using his power as Principal to write me up. I was getting the information to Mr. Cotton the information but this situation. So hopefully i will get to finish and show WSD. I want to be treated fairly . Mrs Parker is white so I guess I can get that kind of treatment... Even Thomas

Even Thomas - Signed Letter Proposing Termination

From: Terry Bush (terry.bush@wsdtx.org)

To:     juneboyiii@yahoo.com

Cc:     jon.lilley@wsdtx.org; terry.bush@wsdtx.org; kimberly.calhoun@wsdtx.org

Date:  Friday, September 16, 2022 at 11:02 AM CDT. ⟵

Attachment M

Mr. Thomas please see attached letter proposing termination.

Thank you

Terry Bush
Human Resources
936-291-5366

The information contained in this electronic mail and attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email may not be forwarded outside the "Windham School District / Texas Department of Criminal Justice" without the permission of the original sender. If you have received this material in error, please notify me immediately by telephone and destroy all electronic, paper, or other versions.

 Scanned from a Xerox Multifunction Printer.pdf
48.6kB

## Falsification of State Rosters

*Attachment N*

From:  EVEN THOMAS (juneboyiii@yahoo.com)

To:    kristina.hartman@wsdtx.org

Date:  Monday, October 17, 2022 at 03:10 PM CDT

I have been informed that my name is on the Rosters.  October 7, 2022, you terminated me from my employment but still have my name on the rosters as the teacher. I am asking you to go back and remove my name as the teacher on file after October 7, 2022, and I am reported this to the state and federal agencies to investigate because WSD is stealing taxpayers' money. I do not want my name in any part of fraud. I did not get Due process and you fired me because of what I know about Mrs. Parker and the fraud of Dr. Taylor was doing to stealing and lying to get taxpayers money that's why you did not look at the surveillance camera. So please remove my name of the rosters and please go back to last week roster and remove my name and give the taxpayers money back because I no longer work their... Thanks Even

cc T.E.A.

# Changes class





**Kimberly Calhoun**    ⋯
To: Shana Digiovanni-Strickland  + 2
Mon 10/17/2022 5:03 PM    View more

Please change the class instructor to Ms. King for Mr. Thomas class

Kimberly Calhoun
Windham School District
Gulf Coast Regional Principal
936-661-9792